# EXHIBIT 2

(Southern Coal Corporation v. Drummond Coal Sales, Inc.)



**INVOICE**

P.O. Box 10246
Birmingham, AL 35202-0246
USA
205/945-6300

| INVOICE NUMBER | 42100418 |
|---|---|

**PLEASE REMIT TO**
Citibank, N.A. New York, NY
ABA Routing # 021000089
Drummond Coal Sales, Inc.
Account # 39022493
USA

**SOLD TO:**
420709
Southern Coal Corp
Atten: Stephen W. Ball
302 S. Jefferson Street
Roanoke, VA 24011
USA

**SHIP TO:**
1
Southern Coal Corp
Atten: Stephen W. Ball
302 S. Jefferson Street
Suite 600
Roanoke, VA 24011
USA

| PURCHASE ORDER NUMBER | CARRIER | INVOICE DATE | SHIPMENT DATE |
|---|---|---|---|
| | | 10/25/2016 | 01/01/2017 |

| CONTRACT NUMBER | TERMS |
|---|---|
| Southern Coal Corp | Prepay 60 days in advance |

| DESCRIPTION | NET WEIGHT | WT CODE | UNIT PRICE | CARRIER NUMBER | AMOUNT |
|---|---|---|---|---|---|
| Prepay Port Throughput Charges 01/01/17 - 01/31/17 Throughput Fee = Q4, 2016 Benchmark $200.00/$145.00 x $6.00 = $8.28 Prepay 60 Days in Advance From 01/1/17 - Due 11/2/16 | 166,666.667 | NT | 8.28 | | 1,380,000.00 |
| Port Throughput Charges Less Previously Invoiced Invoice # 42100410 | 166,666.667 | MT | -6.00 | | -1,000,000.00 |
| **INVOICE TOTALS:** | 166,666.667 | | | USD | 380,000.00 |

ORIGINAL

Page 1 of 1.

4045