
**DRUMMOND COAL SALES, INC.**

**INVOICE**

P.O. Box 10246
Birmingham, AL 35202-0246
USA
205/945-6300

| INVOICE NUMBER | 42100433 |

**PLEASE REMIT TO**
Citibank, N.A. New York, NY
ABA Routing # 021000089
Drummond Coal Sales, Inc.
Account # 39022493
USA

**SOLD TO:**
420709
Southern Coal Corp
Atten: Stephen W. Ball
302 S. Jefferson Street
Roanoke, VA 24011
USA

**SHIP TO:**
1
Southern Coal Corp
Atten: Stephen W. Ball
302 S. Jefferson Street
Suite 600
Roanoke, VA 24011
USA

| PURCHASE ORDER NUMBER | CARRIER | | | INVOICE DATE | SHIPMENT DATE |
|---|---|---|---|---|---|
| | | | | 01/03/2017 | 04/01/2017 |

| CONTRACT NUMBER | TERMS |
|---|---|
| Southern Coal Corp | Prepay 60 days in advance |

| DESCRIPTION | NET WEIGHT | WT CODE | UNIT PRICE | CARRIER NUMBER | AMOUNT |
|---|---|---|---|---|---|
| Prepay Port Throughput Charges 4/01/17 - 4/30/17 Throughput Fee = Q1, 2017 Benchmark $285.00/$145.00 x $6.00 = $11.79 Prepay 60 Days in Advance From 4/01/17 - Due 1/31/17 | 166,666.667 | NT | 11.79 | | 1,965,000.00 |

| INVOICE TOTALS: | | | | USD | 1,965,000.00 |

ORIGINAL

Page 1 of 1.

4048

# EXHIBIT 4

(Southern Coal Corporation v. Drummond Coal Sales, Inc.)