Exhibit A

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA   30297**

**INVOICE**
**294137**

**Invoice Date:**
**Mar 7, 2017**
*Duplicate*

Voice:  (404) 608-0101
Fax:    (404) 608-0401

*Ct # 2450*
*Short pd $ 119 Due*

Sold To:

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA  30096

Ship to:

YH MART
3875 VENTURE DR.
DULUTH, GA  30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUSTOMER | | 3/28/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | CELLO LETTUCE-USA | 15.00 | 30.00 |
| 1.00 | 12/10oz. SPINACH USA | 15.00 | 15.00 |
| 3.00 | SPINACH BUNCH | 15.00 | 45.00 |
| 1.00 | RUTABAGAS-CANADIAN | 22.00 | 22.00 |
| 1.00 | TURNIP ROOT-25#-USA | 13.00 | 13.00 |
| 1.00 | BEETS-25# BAGS-USA | 12.00 | 12.00 |
| 1.00 | PLUM- BLACK- USA | 17.00 | 17.00 |
| 1.00 | SWISS CHARD- GREEN USA | 19.00 | 19.00 |
| 1.00 | SWISS CHARD- RED USA | 19.00 | 19.00 |
| 3.00 | LEEKS- USA | 16.00 | 48.00 |
| 3.00 | CAULIFLOWER-12CT-USA | 27.00 | 81.00 |
| 10.00 | TOMATOES ROMA MEX | 11.00 | 110.00 |
| 3.00 | CANTALOUPE 9ct. | 14.00 | 42.00 |
| 1.00 | D'ANJOU PEARS- USA | 30.00 | 30.00 |
| 1.00 | BOSC PEARS- USA | 28.00 | 28.00 |
| 1.00 | PLAIN PARSLEY- USA | 16.00 | 16.00 |
| 5.00 | ORANGE 88CT USA | 21.00 | 105.00 |
| 5.00 | FUJI APPLE - USA  88 CT | 23.00 | 115.00 |
| 2.00 | NECTARINE- USA | 18.00 | 36.00 |
| 10.00 | BEAN-SNAP- USA | 17.00 | 170.00 |
| 2.00 | BEAN-POLE-USA | 23.00 | 46.00 |

| Package Count: | 147.00 |
|---|---|

**Total Invoice:**          **Continued**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

3/7/17 10:06 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

# INVOICE
## 294137

### Invoice Date:
**Mar 7, 2017**
*Duplicate*

**Sold To:**

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA  30096

**Ship to:**

YH MART
3875 VENTURE DR.
DULUTH, GA  30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUSTOMER | | 3/28/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | EGGPLANT-FANCY-USA | 16.00 | 32.00 |
| 10.00 | CORN-YELLOW-USA | 14.00 | 140.00 |
| 5.00 | ZUCCHINI- MEDIUM- USA | 21.00 | 105.00 |
| 5.00 | CABBAGE GREEN BOX-USA | 11.00 | 55.00 |
| 1.00 | CABBAGE-RED-USA | 13.00 | 13.00 |
| 5.00 | WATERCRESS | 18.00 | 90.00 |
| 2.00 | CUCUMBER-PICKLE USA | 30.00 | 60.00 |
| 3.00 | PERSIAN CUKES | 26.00 | 78.00 |
| 5.00 | PEPPER LONG HOT-US | 14.00 | 70.00 |
| 5.00 | PEPPER LONG HOT-US   RED | 16.00 | 80.00 |
| 1.00 | PEPPER-POBLANO | 12.00 | 12.00 |
| 1.00 | PEPPERS-HUNGARIAN WAX-USA | 18.00 | 18.00 |
| 1.00 | PEPPER-CUBANELLES-USA | 16.00 | 16.00 |
| 5.00 | ONION-JUMBO YELLOW 50# | 12.00 | 60.00 |
| 5.00 | ONION16/3#YELLOW LM-USA | 15.00 | 75.00 |
| 5.00 | ONION JUMBO RED 25# | 10.00 | 50.00 |
| 2.00 | IDAHO-90CT POTATO-USA | 14.00 | 28.00 |
| 2.00 | IDAHO-10/5# POTATO-USA | 14.00 | 28.00 |
| 5.00 | CALI.- LONG WHITE POT. | 31.00 | 155.00 |
| 3.00 | POTATO-#1 RED A-USA | 19.00 | 57.00 |
| 5.00 | SWEET POTATOES #2 | 12.00 | 60.00 |

| Package Count: | 147.00 |
|---|---|

**Total Invoice:**          **Continued**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

3/7/17 10:06 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

# INVOICE
## 294137

Invoice Date:

**Mar 7, 2017**
*Duplicate*

Sold To:

**YH MART- STRONG AMERICA GA,**
**INC.**
**3875 VENTURE DR.**
**DULUTH, GA  30096**

Ship to:

**YH MART**
**3875 VENTURE DR.**
**DULUTH, GA  30096**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUSTOMER | | 3/28/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | CARROT-48/1#-USA | 17.00 | 17.00 |
| 1.00 | CARROT-24/2#-USA | 17.00 | 17.00 |
| 5.00 | CARROTS-50# JUMBO | 14.00 | 70.00 |
| 1.00 | CARROT- 30x1# BABY PEELED-USA | 24.00 | 24.00 |
| 1.00 | RADISHES-14/1# CELLO-USA | 12.00 | 12.00 |
| 2.00 | CUKES-HOTHOUSE-CANADA | 8.00 | 16.00 |

| Package Count: | 147.00 |
|---|---|

**Total Invoice:**          **2,457.00**

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

3/7/17 10:06 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**Sold To:**

**YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA 30096**

**Ship to:**

**YH MART
3875 VENTURE DR.
DULUTH, GA 30096**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUSTOMER | | 4/6/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 20.00 | BEAN-SNAP- USA | 18.00 | 360.00 |
| 1.00 | BEAN-POLE-USA | 24.00 | 24.00 |
| 2.00 | EGGPLANT-FANCY-USA | 15.00 | 30.00 |
| 4.00 | CORN-YELLOW-USA | 11.00 | 44.00 |
| 2.00 | CABBAGE-RED-USA | 13.00 | 26.00 |
| 5.00 | WATERCRESS | 18.00 | 90.00 |
| 5.00 | CUKES-HOTHOUSE-CANADA | 8.00 | 40.00 |
| 2.00 | PERSIAN CUKES | 26.00 | 52.00 |
| 10.00 | PEPPER-XLG GREEN-USA | 15.00 | 150.00 |
| 1.00 | PEPPER-POBLANO | 14.00 | 14.00 |
| 1.00 | PEPPER-SERRANO | 23.00 | 23.00 |
| 1.00 | PEPPER-ORANGE 25#- MEX | 20.00 | 20.00 |
| 3.00 | ONION-JUMBO WHITE 50# | 16.00 | 48.00 |
| 5.00 | IDAHO-90CT POTATO-USA | 15.00 | 75.00 |
| 10.00 | SWEET POTATOES #2 | 12.00 | 120.00 |
| 2.00 | CARROTS-10/5#-USA | 17.00 | 34.00 |
| 2.00 | RED LEAF LETTUCE USA | 20.00 | 40.00 |
| 1.00 | CELLO LETTUCE-USA | 26.00 | 26.00 |
| 1.00 | ROMAINE LETTUCE-USA | 36.00 | 36.00 |
| 2.00 | 12/10oz. SPINACH USA | 15.00 | 30.00 |
| 5.00 | SPINACH BUNCH | 21.00 | 105.00 |

| Package Count: | 106.00 |
|---|---|

**Total Invoice:** **Continued**

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

3/16/17 10:12 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
16 Forest Parkway, Bldg. E
Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
295106

**Invoice Date:**
**Mar 16, 2017**
*Duplicate*

**Sold To:**

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA 30096

**Ship to:**

YH MART
3875 VENTURE DR.
DULUTH, GA 30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUSTOMER | | 4/6/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | TURNIP ROOT-25#-USA | 13.00 | 13.00 |
| 1.00 | BEETS-25# BAGS-USA | 12.00 | 12.00 |
| 1.00 | PARSNIP-BULK BAG-USA | 23.00 | 23.00 |
| 10.00 | TOMATOES 5X6 MEX | 11.00 | 110.00 |
| 1.00 | TURNIP GREEN USA | 11.00 | 11.00 |
| 1.00 | MUSTARD GREENS USA | 11.00 | 11.00 |
| 1.00 | GREEN KALE USA | 11.00 | 11.00 |
| 5.00 | ORANGE 88CT USA | 20.00 | 100.00 |

Package Count: 106.00

**Total Invoice:** 1,678.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

3/16/17 10:12 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
# 16 Forest Parkway, Bldg. E
# Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

**INVOICE**
295472

**Invoice Date:**

**Mar 20, 2017**
*Duplicate*

Sold To:

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA  30096

Ship to:

YH MART
3875 VENTURE DR.
DULUTH, GA  30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUSTOMER | | 4/10/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 15.00 | BEAN-SNAP- USA | 20.00 | 300.00 |
| 2.00 | BEAN-POLE-USA | 24.00 | 48.00 |
| 2.00 | BEANS-CRANBERRY-USA | 24.00 | 48.00 |
| 3.00 | EGGPLANT-FANCY-USA | 15.00 | 45.00 |
| 15.00 | CORN-YELLOW-USA | 11.00 | 165.00 |
| 1.00 | SQUASH-SPAGHETTI- USA | 15.00 | 15.00 |
| 2.00 | CABBAGE-RED-USA | 13.00 | 26.00 |
| 5.00 | WATERCRESS | 18.00 | 90.00 |
| 5.00 | CUCUMBER-SELECT- USA | 17.00 | 85.00 |
| 3.00 | CUCUMBER-PICKLE USA | 25.00 | 75.00 |
| 2.00 | PERSIAN CUKES | 24.00 | 48.00 |
| 5.00 | PEPPER-XLG GREEN-USA | 14.00 | 70.00 |
| 5.00 | PEPPER-RED 25#- USA | 19.00 | 95.00 |
| 5.00 | PEPPER LONG HOT-US | 18.00 | 90.00 |
| 1.00 | PEPPER-SERRANO | 23.00 | 23.00 |
| 5.00 | ONION JUMBO RED 25# | 10.00 | 50.00 |
| 3.00 | IDAHO-90CT POTATO-USA | 15.00 | 45.00 |
| 3.00 | IDAHO-10/5# POTATO-USA | 14.00 | 42.00 |
| 15.00 | SWEET POTATOES #2 | 12.00 | 180.00 |
| 1.00 | CARROT-48/1#-USA | 17.00 | 17.00 |
| 1.00 | CARROT-24/2#-USA | 17.00 | 17.00 |

Package Count:     177.00

**Total Invoice:**     **Continued**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

3/20/17 11:03 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
295472

**Invoice Date:**

**Mar 20, 2017**
*Duplicate*

Sold To:

**YH MART- STRONG AMERICA GA, INC.**
**3875 VENTURE DR.**
**DULUTH, GA  30096**

Ship to:

**YH MART**
**3875 VENTURE DR.**
**DULUTH, GA  30096**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUSTOMER | | 4/10/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | CARROTS-10/5#-USA | 17.00 | 17.00 |
| 5.00 | CARROTS-50# JUMBO | 14.00 | 70.00 |
| 1.00 | RADISHES-14/1# CELLO-USA | 12.00 | 12.00 |
| 1.00 | GREEN LEAF LETTUCE-USA | 32.00 | 32.00 |
| 2.00 | RED LEAF LETTUCE USA | 20.00 | 40.00 |
| 2.00 | CELLO LETTUCE-USA | 25.00 | 50.00 |
| 2.00 | 12/10oz. SPINACH USA | 15.00 | 30.00 |
| 3.00 | SPINACH BUNCH | 21.00 | 63.00 |
| 1.00 | TURNIP ROOT-25#-USA | 13.00 | 13.00 |
| 2.00 | BUNCHED BEETS- USA | 18.00 | 36.00 |
| 1.00 | RUTABAGAS-CANADIAN | 22.00 | 22.00 |
| 1.00 | SWISS CHARD- RED USA | 19.00 | 19.00 |
| 1.00 | SWISS CHARD- GREEN USA | 19.00 | 19.00 |
| 5.00 | CELERY-NAKED 30-USA | 22.00 | 110.00 |
| 1.00 | BRUSSEL SPROUTS-USA | 21.00 | 21.00 |
| 1.00 | ARTICHOKE 24 CT USA | 34.00 | 34.00 |
| 20.00 | TOMATOES 5X6 MEX | 10.00 | 200.00 |
| 5.00 | CANTALOUPE 9ct. | 14.00 | 70.00 |
| 1.00 | NECTARINE- USA | 19.00 | 19.00 |
| 1.00 | CURLY PARSLEY- USA | 18.00 | 18.00 |
| 1.00 | PLAIN PARSLEY- USA | 17.00 | 17.00 |

Package Count: 177.00

**Total Invoice:** **Continued**

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

3/20/17 11:03 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA   30297**

**INVOICE**
**295472**

**Invoice Date:**

**Mar 20, 2017**
*Duplicate*

Voice:  (404) 608-0101
Fax:    (404) 608-0401

Sold To:

**YH MART- STRONG AMERICA GA,**
**INC.**
**3875 VENTURE DR.**
**DULUTH, GA   30096**

Ship to:

**YH MART**
**3875 VENTURE DR.**
**DULUTH, GA   30096**

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| YH | | | | Net 21 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| K | | CUSTOMER | | | 4/10/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | TURNIP GREEN USA | 11.00 | 11.00 |
| 1.00 | MUSTARD GREENS USA | 11.00 | 11.00 |
| 3.00 | LEMONS-165 CT BOX | 30.00 | 90.00 |
| 5.00 | ORANGE 88CT USA | 20.00 | 100.00 |
| 10.00 | FUJI APPLE - USA  56 CT | 24.00 | 240.00 |

| Package Count: | 177.00 |
|---|---|

**Total Invoice:**          **2,938.00**

PULLED BY: _____   CHECKED BY:_____   DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

3/20/17 11:03 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

Sold To:

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA  30096

Ship to:

YH MART
3875 VENTURE DR.
DULUTH, GA  30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUSTOMER | | 4/14/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 20.00 | BEAN-SNAP- USA | 24.00 | 480.00 |
| 2.00 | BEAN-POLE-USA | 22.00 | 44.00 |
| 1.00 | BEANS-CRANBERRY-USA | 24.00 | 24.00 |
| 5.00 | OKRA-FANCY MEX | 31.00 | 155.00 |
| 1.00 | SQUASH-BUTTERCUP-USA | 30.00 | 30.00 |
| 1.00 | SQUASH-BUTTERNUT-USA | 16.00 | 16.00 |
| 10.00 | CABBAGE GREEN BOX-USA | 11.00 | 110.00 |
| 10.00 | WATERCRESS | 18.00 | 180.00 |
| 5.00 | CUCUMBER-SELECT- USA | 16.00 | 80.00 |
| 3.00 | CUCUMBER-PICKLE USA | 25.00 | 75.00 |
| 5.00 | PERSIAN CUKES | 24.00 | 120.00 |
| 5.00 | CUKES-HOTHOUSE-CANADA | 8.00 | 40.00 |
| 5.00 | PEPPER-XLG GREEN-USA | 18.00 | 90.00 |
| 5.00 | PEPPER-RED 25#- USA | 22.00 | 110.00 |
| 1.00 | PEPPER-YELLOW 25#- USA | 22.00 | 22.00 |
| 1.00 | PEPPER-ORANGE 25#- MEX | 24.00 | 24.00 |
| 5.00 | PEPPER LONG HOT-US | 18.00 | 90.00 |
| 1.00 | PEPPER-POBLANO | 14.00 | 14.00 |
| 1.00 | PEPPERS-HUNGARIAN WAX-USA | 18.00 | 18.00 |
| 10.00 | ONION-JUMBO YELLOW 50# | 12.00 | 120.00 |
| 3.00 | ONION16/3#YELLOW LM-USA | 17.00 | 51.00 |

Package Count:    222.00

**Total Invoice:**     **Continued**

PULLED BY: _____ CHECKED BY:_____ DELIVERED BY:_____

3/24/17 12:39 PM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
# 16 Forest Parkway, Bldg. E
# Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

**INVOICE**
295951

**Invoice Date:**

**Mar 24, 2017**
*Duplicate*

**Sold To:**

**YH MART- STRONG AMERICA GA, INC.**
**3875 VENTURE DR.**
**DULUTH, GA  30096**

**Ship to:**

**YH MART**
**3875 VENTURE DR.**
**DULUTH, GA  30096**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUSTOMER | | 4/14/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 10.00 | TOMATOES ROMA MEX | 11.00 | 110.00 |
| 5.00 | CANTALOUPE 9ct. | 14.00 | 70.00 |
| 5.00 | HONEYDEW 6 CT USA | 12.00 | 60.00 |
| 1.00 | NECTARINE- USA | 19.00 | 19.00 |
| 1.00 | GREEN KALE USA | 11.00 | 11.00 |
| 1.00 | MUSTARD GREENS USA | 11.00 | 11.00 |
| 1.00 | TURNIP GREEN USA | 11.00 | 11.00 |
| 2.00 | BUNCHED BEETS- USA | 18.00 | 36.00 |
| 5.00 | LEMON 200 CT USA | 30.00 | 150.00 |
| 2.00 | ORANGE 88CT USA | 19.00 | 38.00 |
| 10.00 | FUJI APPLE - USA  56 CT | 24.00 | 240.00 |
| 1.00 | BOSC PEARS- USA | 28.00 | 28.00 |

Package Count:    222.00

**Total Invoice:**        **3,821.00**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

3/24/17 12:39 PM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

**INVOICE**
**296454**

Invoice Date:

**Mar 30, 2017**
*Duplicate*

Sold To:

**YH MART- STRONG AMERICA GA,**
**INC.**
**3875 VENTURE DR.**
**DULUTH, GA  30096**

Ship to:

**YH MART**
**3875 VENTURE DR.**
**DULUTH, GA  30096**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| CHRIS | CUSTOMER | | 4/20/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 20.00 | BEAN-SNAP- USA | 13.00 | 260.00 |
| 2.00 | BEAN-POLE-USA | 23.00 | 46.00 |
| 2.00 | BEANS-CRANBERRY-USA | 23.00 | 46.00 |
| 5.00 | OKRA-FANCY | 30.00 | 150.00 |
| 3.00 | EGGPLANT-FANCY-USA | 15.00 | 45.00 |
| 2.00 | SQUASH-1# YELLOW-USA | 18.00 | 36.00 |
| 1.00 | SQUASH-ACORN-USA | 18.00 | 18.00 |
| 1.00 | SQUASH-BUTTERNUT-USA | 15.00 | 15.00 |
| 1.00 | SQUASH-SPAGHETTI- USA | 16.00 | 16.00 |
| 5.00 | CABBAGE GREEN BOX-USA | 10.00 | 50.00 |
| 2.00 | CABBAGE-RED-USA | 13.00 | 26.00 |
| 5.00 | WATERCRESS | 18.00 | 90.00 |
| 2.00 | CUCUMBER-SELECT- USA | 16.00 | 32.00 |
| 3.00 | PERSIAN CUKES | 23.00 | 69.00 |
| 5.00 | PEPPER LONG HOT-US | 18.00 | 90.00 |
| 1.00 | PEPPER-POBLANO | 14.00 | 14.00 |
| 1.00 | PEPPERS-HUNGARIAN WAX-USA | 18.00 | 18.00 |
| 1.00 | PEPPER-SERRANO | 23.00 | 23.00 |
| 3.00 | ONION JUMBO RED 25# | 10.00 | 30.00 |
| 3.00 | ONION-16/3#RED-USA | 20.00 | 60.00 |
| 5.00 | IDAHO-90CT POTATO-USA | 15.00 | 75.00 |

Package Count:     163.00

**Total Invoice:**        **Continued**

PULLED BY: _____   CHECKED BY: _____   DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

3/30/17 8:43 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice:  (404) 608-0101
Fax:    (404) 608-0401

# INVOICE
## 296454

### Invoice Date:

**Mar 30, 2017**
*Duplicate*

**Sold To:**

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA  30096

**Ship to:**

YH MART
3875 VENTURE DR.
DULUTH, GA  30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| CHRIS | CUSTOMER | | 4/20/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3.00 | IDAHO-10/5# POTATO-USA | 14.00 | 42.00 |
| 2.00 | CALI.- LONG WHITE POT. | 26.00 | 52.00 |
| 5.00 | SWEET POTATOES #2 | 12.00 | 60.00 |
| 1.00 | CARROT-48/1#-USA | 17.00 | 17.00 |
| 1.00 | CARROT-24/2#-USA | 16.00 | 16.00 |
| 1.00 | CARROTS-10/5#-USA | 16.00 | 16.00 |
| 5.00 | CARROTS-50# JUMBO | 14.00 | 70.00 |
| 1.00 | RADISHES-14/1# CELLO-USA | 1.00 | 1.00 |
| 1.00 | RED LEAF LETTUCE USA | 25.00 | 25.00 |
| 1.00 | CELLO LETTUCE-USA | 25.00 | 25.00 |
| 2.00 | 12/10oz. SPINACH USA | 15.00 | 30.00 |
| 5.00 | SPINACH BUNCH | 23.00 | 115.00 |
| 1.00 | RUTABAGAS-CANADIAN | 22.00 | 22.00 |
| 1.00 | TURNIP ROOT-25#-USA | 12.00 | 12.00 |
| 1.00 | BEETS-25# BAGS-USA | 12.00 | 12.00 |
| 2.00 | KIWI | 17.00 | 34.00 |
| 1.00 | SWISS CHARD- GREEN USA | 19.00 | 19.00 |
| 1.00 | SWISS CHARD- RED USA | 19.00 | 19.00 |
| 20.00 | TOMATOES 5X6 MEX | 10.00 | 200.00 |
| 15.00 | TOMATOES ROMA MEX | 11.00 | 165.00 |
| 5.00 | CANTALOUPE 9ct. | 14.00 | 70.00 |

| Package Count: | 163.00 |
|---|---|

**Total Invoice:**          **Continued**

PULLED BY: _____ CHECKED BY:_____ DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

3/30/17 8:43 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

# INVOICE
## 296454

### Invoice Date:
**Mar 30, 2017**
*Duplicate*

**Sold To:**

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA 30096

**Ship to:**

YH MART
3875 VENTURE DR.
DULUTH, GA 30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| CHRIS | CUSTOMER | | 4/20/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | NECTARINE- USA | 19.00 | 38.00 |
| 1.00 | CURLY PARSLEY- USA | 18.00 | 18.00 |
| 1.00 | PLAIN PARSLEY- USA | 18.00 | 18.00 |
| 1.00 | GREEN KALE USA | 11.00 | 11.00 |
| 1.00 | MUSTARD GREENS USA | 11.00 | 11.00 |
| 1.00 | TURNIP GREEN USA | 11.00 | 11.00 |
| 1.00 | BUNCHED BEETS- USA | 18.00 | 18.00 |
| 5.00 | LEMON 200 CT USA | 29.00 | 145.00 |
| 1.00 | BOSC PEARS- USA | 28.00 | 28.00 |
| 1.00 | BARTLETT PEARS | 30.00 | 30.00 |

Package Count: 163.00

**Total Invoice:** 2,559.00

PULLED BY: _____ CHECKED BY:_____ DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

3/30/17 8:43 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

**INVOICE**
296893

**Invoice Date:**

**Apr 3, 2017**
*Duplicate*

**Sold To:**

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA  30096

**Ship to:**

YH MART
3875 VENTURE DR.
DULUTH, GA  30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUSTOMER | | 4/24/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | BEAN-POLE-USA | 23.00 | 46.00 |
| 1.00 | SQUASH-1# YELLOW-USA | 16.00 | 16.00 |
| 1.00 | SQUASH-BUTTERNUT-USA | 15.00 | 15.00 |
| 1.00 | SQUASH-SPAGHETTI- USA | 16.00 | 16.00 |
| 3.00 | CUKES-HOTHOUSE-CANADA | 8.00 | 24.00 |
| 5.00 | CUCUMBER-PICKLE USA | 26.00 | 130.00 |
| 3.00 | PERSIAN CUKES | 21.00 | 63.00 |
| 1.00 | PEPPER-ORANGE 25#- MEX | 24.00 | 24.00 |
| 1.00 | PEPPER-YELLOW 25#- USA | 30.00 | 30.00 |
| 5.00 | PEPPER LONG HOT-US | 18.00 | 90.00 |
| 1.00 | PEPPERS-HABANERO | 18.00 | 18.00 |
| 1.00 | PEPPERS-HUNGARIAN WAX-USA | 18.00 | 18.00 |
| 1.00 | PEPPER-SERRANO | 23.00 | 23.00 |
| 5.00 | IDAHO-90CT POTATO-USA | 16.00 | 80.00 |
| 5.00 | POTATO-#1 RED A-USA | 19.00 | 95.00 |
| 10.00 | SWEET POTATOES #2 | 12.00 | 120.00 |
| 3.00 | RED LEAF LETTUCE USA | 25.00 | 75.00 |
| 5.00 | CELLO LETTUCE-USA | 27.00 | 135.00 |
| 2.00 | 12/10oz. SPINACH USA | 15.00 | 30.00 |
| 5.00 | SPINACH BUNCH | 23.00 | 115.00 |
| 1.00 | TURNIP ROOT-25#-USA | 13.00 | 13.00 |

| Package Count: | 129.00 |
|---|---|

**Total Invoice:**          **Continued**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

4/3/17 11:06 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

**INVOICE**
296893

**Invoice Date:**

**Apr 3, 2017**
*Duplicate*

**Sold To:**

YH MART- STRONG AMERICA GA,
INC.
3875 VENTURE DR.
DULUTH, GA  30096

**Ship to:**

YH MART
3875 VENTURE DR.
DULUTH, GA  30096

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YH | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUSTOMER | | 4/24/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | BEETS-25# BAGS-USA | 12.00 | 12.00 |
| 1.00 | SWISS CHARD- GREEN USA | 19.00 | 19.00 |
| 1.00 | SWISS CHARD- RED USA | 19.00 | 19.00 |
| 5.00 | CAULIFLOWER-12CT-USA | 32.00 | 160.00 |
| 5.00 | CELERY-NAKED 30-USA | 28.00 | 140.00 |
| 1.00 | BRUSSEL SPROUTS-USA | 24.00 | 24.00 |
| 1.00 | ARTICHOKE 24 CT USA | 32.00 | 32.00 |
| 15.00 | TOMATOES 5X6 MEX | 10.00 | 150.00 |
| 10.00 | TOMATOES ROMA MEX | 11.00 | 110.00 |
| 10.00 | RED GLOBE GRAPE | 19.00 | 190.00 |
| 5.00 | CANTALOUPE 9ct. | 14.00 | 70.00 |
| 1.00 | BOSC PEARS- USA | 29.00 | 29.00 |
| 3.00 | D'ANJOU PEARS- USA | 32.00 | 96.00 |
| 1.00 | MUSTARD GREENS USA | 11.00 | 11.00 |
| 1.00 | TURNIP GREEN USA | 11.00 | 11.00 |
| 1.00 | BUNCHED BEETS- USA | 18.00 | 18.00 |
| 5.00 | FUJI APPLE - USA  56 CT | 24.00 | 120.00 |

Package Count:  129.00

**Total Invoice:**  2,387.00

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

4/3/17 11:06 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# DELIVERY INVOICE

PRODUCE EXCHANGE CO OF ATLANTA
16 FOREST PARKWAY
BLDG E
FOREST PARK GA 30297

**Sold To:**
Y MART STRONG AMERICA GA INC
3875 VENTURE DR.
DULUTH GA 30096

**Ship To:**
Y MART STRONG AMERICA GA
INC
3875 VENTURE DR.
DULUTH GA 30096

**Order No:** 100103
**Order:** Apr 10, 2017
**Ship:** Apr 10, 2017
**Pay Terms:** NET 21
**Sale Terms:** DELIVERED

| Cust PO: | | | |
|---|---|---|---|
| Delivery: | | | |

**Salesperson:** DAVID MACIAS
**Carrier:**

**Quantity:** 103
**Weight:**

| Quantity | UOM | Description | Price | Amt |
|---|---|---|---|---|
| 2 | ctn | BEAN POLE | 21.00 | 42.00 |
| 2 | ctn | BEAN OCTOBER | 21.00 | 42.00 |
| 2 | ctn | EGGPLANT FANCY | 17.00 | 34.00 |
| 1 | ctn | SQUASH BUTTERNUT | 15.00 | 15.00 |
| 1 | ctn | SQUASH SPAGHETTI | 16.00 | 16.00 |
| 5 | ctn | CABBAGE GREEN | 10.00 | 50.00 |
| 2 | ctn | CABBAGE RED | 13.00 | 26.00 |
| 5 | ctn | CUCUMBER SUPER | 20.00 | 100.00 |
| 5 | ctn | CUCUMBER SELECT | 11.00 | 55.00 |
| 5 | ctn | CUCUMBER KIRBY | 26.00 | 130.00 |
| 5 | ctn | CUCUMBER PERSIAN | 22.00 | 110.00 |
| 5 | ctn | PEPPERS XL GREEN | 15.00 | 75.00 |
| 5 | ctn | PEPPERS 25# RED | 24.00 | 120.00 |
| 5 | ctn | PEPPERS LONG HOT | 18.00 | 90.00 |
| 1 | ctn | PEPPERS JALAPENO | 19.00 | 19.00 |
| 3 | ctn | POTATO CTN 90CT IDAHO | 16.00 | 48.00 |
| 3 | bag | POTATO BAG 1A RED | 19.00 | 57.00 |
| 1 | bag | RADISH 14/1 | 12.00 | 12.00 |
| 3 | ctn | SPINACH BUNCH | 23.00 | 69.00 |
| 1 | bag | TURNIP ROOT BAG 25# | 12.00 | 12.00 |
| 1 | ctn | GREEN CHARD | 19.00 | 19.00 |
| 1 | ctn | RED CHARD | 19.00 | 19.00 |
| 3 | ctn | LEEKS | 16.00 | 48.00 |
| 2 | ctn | CAULIFLOWER 12CT | 35.00 | 70.00 |
| 2 | ctn | CELERY 30CT NAKED | 29.00 | 58.00 |
| 10 | ctn | GRAPES RED GLOBE | 20.00 | 200.00 |
| 1 | ctn | PEARS 90CT BARTLETT | 31.00 | 31.00 |
| 1 | ctn | PEARS 90CT BOSC | 29.00 | 29.00 |
| 1 | ctn | PARSLEY 60CT CURLY | 19.00 | 19.00 |
| 1 | ctn | PARSLEY 60CT ITALIAN | 19.00 | 19.00 |

Received By: _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# DELIVERY INVOICE

PRODUCE EXCHANGE CO OF ATLANTA
16 FOREST PARKWAY
BLDG E
FOREST PARK GA 30297

**Sold To:**
Y MART STRONG AMERICA GA INC
3875 VENTURE DR.
DULUTH GA 30096

**Ship To:**
Y MART STRONG AMERICA GA
INC
3875 VENTURE DR.
DULUTH GA 30096

**Order No:** 100103
**Order:** Apr 10, 2017
**Ship:** Apr 10, 2017
**Pay Terms:** NET 21
**Sale Terms:** DELIVERED

| Cust PO: | Salesperson: DAVID MACIAS | Quantity: | 103 |
|---|---|---|---|
| Delivery: | Carrier: | Weight: | |

| Quantity | UOM | Description | Price | Amt |
|---|---|---|---|---|
| 1 | ctn | GREENS TURNIP | 11.00 | 11.00 |
| 1 | ctn | GREENS MUSTARD | 11.00 | 11.00 |
| 1 | ctn | BEETS BUNCH RED | 18.00 | 18.00 |
| 5 | ctn | ORANGE 88CT | 20.00 | 100.00 |
| 10 | ctn | APPLE 56CT FUJI | 26.00 | 260.00 |
| 103 | | | INVOICE TOTAL: | 2,034.00 |

Received By: _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# DELIVERY INVOICE

PRODUCE EXCHANGE CO OF ATLANTA
16 FOREST PARKWAY
BLDG E
FOREST PARK GA 30297

**Sold To:**
Y MART STRONG AMERICA GA INC
3875 VENTURE DR.
DULUTH GA 30096

**Ship To:**
Y MART STRONG AMERICA GA INC
3875 VENTURE DR.
DULUTH GA 30096

**Order No:** 100638
**Order:** Apr 14, 2017
**Ship:** Apr 14, 2017
**Pay Terms:** NET 21
**Sale Terms:** DELIVERED

**Cust PO:**
**Delivery:**
**Salesperson:** KENNY DORANTES
**Carrier:**
**Quantity:** 136
**Weight:**

| Quantity | UOM | Description | Price | Amt |
|---|---|---|---|---|
| 2 | ctn | BEAN POLE | 21.00 | 42.00 |
| 2 | ctn | BEAN OCTOBER | 21.00 | 42.00 |
| 5 | ctn | OKRA FANCY | 28.00 | 140.00 |
| 2 | ctn | EGGPLANT FANCY | 17.00 | 34.00 |
| 1 | ctn | SQUASH C/N#1 | 16.00 | 16.00 |
| 1 | ctn | SQUASH BUTTERNUT | 20.00 | 20.00 |
| 1 | ctn | SQUASH SPAGHETTI | 16.00 | 16.00 |
| 2 | ctn | CABBAGE RED | 13.00 | 26.00 |
| 10 | ctn | WATERCRESS | 18.00 | 180.00 |
| 3 | ctn | CUCUMBER KIRBY | 26.00 | 78.00 |
| 5 | ctn | CUCUMBER PERSIAN | 22.00 | 110.00 |
| 5 | ctn | CUCUMBER HOTHOUSE | 8.00 | 40.00 |
| 3 | ctn | PEPPERS LONG HOT | 18.00 | 54.00 |
| 1 | ctn | PEPPERS SERRANO | 23.00 | 23.00 |
| 5 | bag | ONION 25#BAG JUMBO RED | 11.00 | 55.00 |
| 5 | ctn | POTATO CTN 90CT IDAHO | 16.00 | 80.00 |
| 5 | bag | POTATO BAG 10/5 IDAHO | 13.00 | 65.00 |
| 5 | ctn | POTATO CTN CREAMER RED | 44.00 | 220.00 |
| 10 | ctn | SWEET POTATO #2 | 12.00 | 120.00 |
| 1 | ctn | CARROTS 48/1 | 17.00 | 17.00 |
| 1 | ctn | CARROTS 24/2 | 16.00 | 16.00 |
| 1 | ctn | CARROTS 10/5 | 16.00 | 16.00 |
| 1 | ctn | CARROTS BABY | 24.00 | 24.00 |
| 3 | ctn | SPINACH 12/10 OZ | 16.00 | 48.00 |
| 5 | ctn | SPINACH BUNCH | 22.00 | 110.00 |
| 1 | bag | TURNIP ROOT BAG 25# | 12.00 | 12.00 |
| 1 | ctn | BEETS ROOT 25# RED | 13.00 | 13.00 |
| 1 | ctn | SWISS CHARD GREEN | 20.00 | 20.00 |
| 1 | ctn | SWISS CHARD RED | 19.00 | 19.00 |
| 5 | ctn | LEEKS | 20.00 | 100.00 |

**Received By:**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# DELIVERY INVOICE

PRODUCE EXCHANGE CO OF ATLANTA
16 FOREST PARKWAY
BLDG E
FOREST PARK GA 30297

**Sold To:**
Y MART STRONG AMERICA GA INC
3875 VENTURE DR.
DULUTH GA 30096

**Ship To:**
Y MART STRONG AMERICA GA
INC
3875 VENTURE DR.
DULUTH GA 30096

**Order No:** 100638
**Order:** Apr 14, 2017
**Ship:** Apr 14, 2017
**Pay Terms:** NET 21
**Sale Terms:** DELIVERED

| Cust PO: | | Salesperson: KENNY DORANTES | | Quantity: | 136 |
| Delivery: | | Carrier: | | Weight: | |

| Quantity | UOM | Description | Price | Amt |
|---|---|---|---|---|
| 3 | ctn | HONEYDEW 6CT | 12.00 | 36.00 |
| 1 | ctn | PEARS 90CT BOSC | 29.00 | 29.00 |
| 1 | ctn | PEARS 90CT BARTLETT | 32.00 | 32.00 |
| 1 | ctn | PARSLEY 60CT ITALIAN | 22.00 | 22.00 |
| 1 | ctn | PARSLEY 60CT CURLY | 22.00 | 22.00 |
| 1 | ctn | KALE GREEN | 11.00 | 11.00 |
| 1 | ctn | GREENS TURNIP | 11.00 | 11.00 |
| 1 | ctn | GREENS MUSTARD | 11.00 | 11.00 |
| 5 | ctn | LEMONS 200CT | 31.00 | 155.00 |
| 5 | ctn | ORANGES 88CT | 20.00 | 100.00 |
| 10 | ctn | APPLE 64CT RED DELICIOUS | 19.00 | 190.00 |
| 10 | ctn | APPLE 64CT HONEYCRISP | 34.00 | 340.00 |
| 2 | ctn | NECTARINES LARGE | 22.00 | 44.00 |
| 136 | | | INVOICE TOTAL: | 2,759.00 |

Received By: _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# DELIVERY INVOICE

PRODUCE EXCHANGE CO OF ATLANTA
16 FOREST PARKWAY
BLDG E
FOREST PARK GA 30297

**Sold To:**
Y MART STRONG AMERICA GA INC
3875 VENTURE DR.
DULUTH GA 30096

**Ship To:**
Y MART STRONG AMERICA GA
INC
3875 VENTURE DR.
DULUTH GA 30096

**Order No:** 101206
**Order:** Apr 20, 2017
**Ship:** Apr 20, 2017
**Pay Terms:** NET 21
**Sale Terms:** DELIVERED

| Cust PO: | | | |
|---|---|---|---|
| Delivery: | **Salesperson:** KENNY DORANTES | **Quantity:** | 191 |
| | **Carrier:** | **Weight:** | |

| Quantity | UOM | Description | Price | Amt |
|---|---|---|---|---|
| 15 | ctn | BEAN GREEN | 20.00 | 300.00 |
| 2 | ctn | BEAN OCTOBER | 25.00 | 50.00 |
| 5 | ctn | OKRA FANCY | 22.00 | 110.00 |
| 2 | ctn | EGGPLANT FANCY | 19.00 | 38.00 |
| 10 | ctn | CORN YELLOW | 14.00 | 140.00 |
| 5 | ctn | ZUCCHINI MEDIUM | 11.00 | 55.00 |
| 1 | ctn | SQUASH C/N#1 | 16.00 | 16.00 |
| 1 | ctn | SQUASH BUTTERNUT | 20.00 | 20.00 |
| 1 | ctn | SQUASH SPAGHETTI | 20.00 | 20.00 |
| 2 | ctn | CABBAGE RED | 13.00 | 26.00 |
| 10 | ctn | WATERCRESS | 18.00 | 180.00 |
| 5 | ctn | CUCUMBER SELECT | 11.00 | 55.00 |
| 3 | ctn | CUCUMBER KIRBY | 26.00 | 78.00 |
| 5 | ctn | CUCUMBER PERSIAN | 19.00 | 95.00 |
| 5 | ctn | PEPPERS 25# RED | 21.00 | 105.00 |
| 1 | ctn | PEPPERS 25# YELLOW | 22.00 | 22.00 |
| 1 | ctn | PEPPERS 25# ORANGE | 22.00 | 22.00 |
| 10 | ctn | PEPPERS LONG HOT | 29.00 | 290.00 |
| 1 | ctn | PEPPERS HABANERO | 18.00 | 18.00 |
| 1 | ctn | PEPPERS HABANERO | 18.00 | 18.00 |
| 1 | ctn | PEPPERS POBLANO | 15.00 | 15.00 |
| 5 | bag | ONION 25#BAG JUMBO RED | 11.00 | 55.00 |
| 5 | ctn | POTATO CTN 90CT IDAHO | 16.00 | 80.00 |
| 5 | bag | POTATO BAG 1A WHITE | 34.00 | 170.00 |
| 5 | bag | POTATO BAG 1A RED | 19.00 | 95.00 |
| 10 | ctn | SWEET POTATO #2 | 12.00 | 120.00 |
| 1 | ctn | CARROTS 48/1 | 17.00 | 17.00 |
| 1 | ctn | CARROTS 24/2 | 16.00 | 16.00 |
| 1 | ctn | CARROTS 10/5 | 16.00 | 16.00 |
| 5 | ctn | CARROTS 50LB | 14.00 | 70.00 |

Received By: _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Apr 20, 2017 12:51:16

# DELIVERY INVOICE

PRODUCE EXCHANGE CO OF ATLANTA
16 FOREST PARKWAY
BLDG E
FOREST PARK GA 30297

**Sold To:**
Y MART STRONG AMERICA GA INC
3875 VENTURE DR.
DULUTH GA 30096

**Ship To:**
Y MART STRONG AMERICA GA
INC
3875 VENTURE DR.
DULUTH GA 30096

**Order No:** 101206
**Order:** Apr 20, 2017
**Ship:** Apr 20, 2017
**Pay Terms:** NET 21
**Sale Terms:** DELIVERED

**Cust PO:**
**Delivery:**

**Salesperson:** KENNY DORANTES
**Carrier:**

**Quantity:** 191
**Weight:**

| Quantity | UOM | Description | Price | Amt |
|---|---|---|---|---|
| 1 | ctn | CARROTS BABY | 24.00 | 24.00 |
| 2 | bag | RADISH 14/1 | 12.00 | 24.00 |
| 5 | ctn | SPINACH BUNCH | 22.00 | 110.00 |
| 1 | ctn | RUTABAGA 50# | 22.00 | 22.00 |
| 1 | bag | TURNIP ROOT BAG 25# | 12.00 | 12.00 |
| 1 | ctn | BEETS ROOT 25# RED | 13.00 | 13.00 |
| 2 | ctn | PLUMS RED | 22.00 | 44.00 |
| 1 | ctn | SWISS CHARD GREEN | 20.00 | 20.00 |
| 5 | ctn | LEEKS | 20.00 | 100.00 |
| 1 | ctn | BRUSSEL SPROUTS | 32.00 | 32.00 |
| 10 | ctn | GRAPES RED GLOBE | 22.00 | 220.00 |
| 1 | ctn | PARSLEY 60CT CURLY | 26.00 | 26.00 |
| 1 | ctn | KALE GREEN | 11.00 | 11.00 |
| 1 | ctn | GREENS TURNIP | 11.00 | 11.00 |
| 1 | ctn | GREENS MUSTARD | 11.00 | 11.00 |
| 2 | ctn | BEETS BUNCH RED | 18.00 | 36.00 |
| 5 | ctn | LEMONS 200CT | 31.00 | 155.00 |
| 10 | ctn | ORANGES 88CT | 20.00 | 200.00 |
| 5 | ctn | LIMES 200CT | 23.00 | 115.00 |
| 10 | ctn | APPLE 64CT GOLDEN DELICIOUS | 28.00 | 280.00 |

191

**INVOICE TOTAL:** 3,778.00

Received By: _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# DELIVERY INVOICE
# PRODUCE EXCHANGE CO OF ATLANTA

16 FOREST PARKWAY -BLDG E
FOREST PARK GA 30297
404-608-0101 OFFICE    404-608-0401 FAX

**Sold To:**
Y MART STRONG AMERICA GA INC
3875 VENTURE DR.
DULUTH GA 30096

**Ship To:**
Y MART STRONG AMERICA GA
INC
3875 VENTURE DR.
DULUTH GA 30096

**Order No:** 101952
**Order:** Apr 27, 2017
**Ship:** Apr 27, 2017
**Pay Terms:** NET 21
**Sale Terms:** DELIVERED

**Cust PO:**
**Delivery:**
**Salesperson:** CHRIS GARMENDIA
**Carrier:**
**Quantity:** 90
**Weight:**

| Quantity | UOM | Description | Price | Amt |
|---|---|---|---|---|
| 2 | ctn | BEAN POLE | 21.00 | 42.00 |
| 2 | ctn | EGGPLANT FANCY | 19.00 | 38.00 |
| 5 | ctn | ZUCCHINI FANCY | 10.00 | 50.00 |
| 1 | ctn | SQUASH ACORN | 21.00 | 21.00 |
| 1 | ctn | SQUASH BUTTERNUT | 18.00 | 18.00 |
| 1 | ctn | SQUASH SPAGHETTI | 20.00 | 20.00 |
| 10 | ctn | WATERCRESS | 18.00 | 180.00 |
| 5 | ctn | CUCUMBER SUPER | 24.00 | 120.00 |
| 3 | ctn | CUCUMBER KIRBY | 28.00 | 84.00 |
| 5 | ctn | CUCUMBER PERSIAN | 18.00 | 90.00 |
| 1 | ctn | PEPPERS 25# YELLOW | 22.00 | 22.00 |
| 5 | ctn | PEPPERS LONG HOT | 29.00 | 145.00 |
| 2 | ctn | POTATO CTN 90CT IDAHO | 16.00 | 32.00 |
| 2 | bag | POTATO BAG 1A RED | 19.00 | 38.00 |
| 10 | ctn | SWEET POTATO #2 | 12.00 | 120.00 |
| 2 | ctn | CARROTS 10/5 | 16.00 | 32.00 |
| 5 | ctn | CARROTS 50LB | 14.00 | 70.00 |
| 3 | ctn | SPINACH 12/10 OZ | 16.00 | 48.00 |
| 5 | ctn | SPINACH BUNCH | 23.00 | 115.00 |
| 1 | bag | TURNIP ROOT BAG 25# | 12.00 | 12.00 |
| 2 | ctn | BEETS ROOT 25# RED | 13.00 | 26.00 |
| 1 | ctn | SWISS CHARD GREEN | 20.00 | 20.00 |
| 1 | ctn | SWISS CHARD RED | 20.00 | 20.00 |
| 2 | ctn | BRUSSEL SPROUTS | 32.00 | 64.00 |
| 1 | ctn | PEARS 90CT ANJOU | 32.00 | 32.00 |
| 2 | ctn | KALE GREEN | 11.00 | 22.00 |
| 5 | ctn | LEMONS 200CT | 33.00 | 165.00 |
| 5 | ctn | LIMES 200CT | 24.00 | 120.00 |
| 90 | | | **INVOICE TOTAL:** | 1,766.00 |

Received By:

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Apr 27, 2017 11:37:48