# Exhibit A

# Produce Exchange of Atlanta, Inc
16 Forest Parkway, Bldg. E
Forest Park, GA 30297

**INVOICE**
287861

Voice: (404) 608-0101
Fax: (404) 608-0401

G#1556 & 1557

**Invoice Date:**
Jan 6, 2017
*Duplicate*

**Sold To:**
CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA 30297

**Ship to:**
CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA 30297

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1CLC | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 1/27/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 45.00 | ONION-JUMBO YELLOW 50# | 12.00 | 540.00 |
| 40.00 | CELLO LETTUCE-USA | 15.50 | 620.00 |
| 43.00 | CALI.- LONG WHITE POT. | 34.00 | 1,462.00 |
| 42.00 | CORN-YELLOW-USA | 13.50 | 567.00 |
| 10.00 | WHOLE GARLIC CHINA | 58.00 | 580.00 |
| 20.00 | ONION JUMBO RED 25# | 10.00 | 200.00 |
| 40.00 | ONION-JUMBO WHITE 50# | 23.00 | 920.00 |
| 15.00 | CARROTS-50# JUMBO | 16.00 | 240.00 |
| 6.00 | CARROT-24/2#-USA | 18.50 | 111.00 |
| 6.00 | CARROT-48/1#-USA | 19.50 | 117.00 |
| 6.00 | ORIENTAL YAMS- USA | 37.00 | 222.00 |
| 7.00 | IDAHO 70CT-POTATO-USA | 13.50 | 94.50 |
| 10.00 | PEPPER-RED 25#- USA | 18.00 | 180.00 |
| 10.00 | PEPPER-XLG GREEN-USA | 10.00 | 100.00 |
| 10.00 | RADISHES-14/1# CELLO-USA | 10.50 | 105.00 |
| 5.00 | CAULIFLOWER-12CT-USA | 25.00 | 125.00 |
| 15.00 | CANTALOUPE 12CT.- USA | 14.00 | 210.00 |
| 24.00 | TOMATOES 6X6 MEX | 9.00 | 216.00 |
| 10.00 | RED SEEDLESS GRAPE | 30.00 | 300.00 |
| 10.00 | WHITE SEEDLESS GRAPES | 36.00 | 360.00 |
| 10.00 | RED GLOBE GRAPE | 26.00 | 260.00 |

HOLD

Package Count: 384.00

**Total Invoice:** 7,529.50

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

We accept Visa, Mastercard and Discover.

1/6/17 9:03 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
16 Forest Parkway, Bldg. E
Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
287302

Invoice Date:
Dec 31, 2016

a/# 1508 12/31/16

**Sold To:**
CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA 30297

**Ship to:**
CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA 30297

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1CLC | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 1/21/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 25.00 | CALI.- LONG WHITE POT. | 30.00 | 750.00 |
| 10.00 | WHOLE GARLIC CHINA | 58.00 | 580.00 |
| 15.00 | RADISHES-14/1# CELLO-USA | 11.00 | 165.00 |
| 10.00 | PEPPER-RED 25#- USA | 18.00 | 180.00 |
| 10.00 | PEPPER-CUBANELLES-USA | 9.00 | 90.00 |

Produce Exchange Atlanta
DEC 31 2016
PAID

Package Count: 70.00

**Total Invoice:** 1,765.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

12/31/16 6:22 AM

We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
16 Forest Parkway, Bldg. E
Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
287034

Invoice Date:
Dec 29, 2016

*Handwritten: 2/20 applied CM 288174 -190 Bal Due $958*

**Sold To:**
CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA 30297

**Ship to:**
CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA 30297

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1CLC | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 1/19/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 5.00 | BEETS-25# BAGS-USA | 12.00 | 60.00 |
| 10.00 | RADISHES-14/1# CELLO-USA | 11.00 | 110.00 |
| 15.00 | CORN-YELLOW-USA | 19.00 | 285.00 |
| 21.00 | CALI.- LONG WHITE POT. | 33.00 | 693.00 |

*Stamp: HOLD - NOT PAID*

Package Count: 51.00

**Total Invoice: 1,148.00**

PULLED BY: Ucos   CHECKED BY: _____   DELIVERED BY: _____

12/29/16 8:32 AM

We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
16 Forest Parkway, Bldg. E
Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
292954

Invoice Date:
Feb 24, 2017
*Duplicate*

Sold To:

CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA 30297

Ship to:

CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA 30297

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1CLC | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 3/17/17 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 50.00 | CALI.- LONG WHITE POT. | 33.00 | 1,650.00 |
| 40.00 | CELLO LETTUCE-USA | 18.00 | 720.00 |
| 35.00 | CABBAGE GREEN BOX-USA | 9.00 | 315.00 |
| 42.00 | CORN-YELLOW-USA | 18.00 | 756.00 |
| 20.00 | CARROTS-50# JUMBO | 15.50 | 310.00 |
| 6.00 | CARROT-24/2#-USA | 19.00 | 114.00 |
| 6.00 | CARROT-48/1#-USA | 19.50 | 117.00 |
| 10.00 | BEETS-25# BAGS-USA | 12.00 | 120.00 |
| 7.00 | IDAHO 70CT-POTATO-USA | 14.00 | 98.00 |
| 6.00 | IDAHO-10/5# POTATO-USA | 14.00 | 84.00 |
| 6.00 | ONION-24/2# WHITE-USA | 20.00 | 120.00 |
| 10.00 | ONION JUMBO RED 25# | 10.00 | 100.00 |
| 20.00 | RADISHES-14/1# CELLO-USA | 11.50 | 230.00 |
| 6.00 | LEMON 200 CT USA | 31.00 | 186.00 |
| 6.00 | GINGER - CHINA | 23.00 | 138.00 |
| 10.00 | WHOLE GARLIC CHINA | 86.00 | 860.00 |
| 7.00 | POTATO RED 1A - BOX | 21.00 | 147.00 |
| 10.00 | PEPPERS-HABANERO | 18.00 | 180.00 |
| 6.00 | PEPPERS-HABANERO RED | 18.00 | 108.00 |
| 5.00 | CUCUMBER-PICKLE USA | 27.00 | 135.00 |
| 5.00 | WATERCRESS | 18.00 | 90.00 |

HOLD

Package Count: 451.00

Total Invoice: Continued

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

We accept Visa, Mastercard and Discover.

2/24/17 9:28 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

Produce Exchange of Atlanta, Inc
16 Forest Parkway, Bldg. E
Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
292954

Invoice Date:
Feb 24, 2017
*Duplicate*

**Sold To:**
CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA  30297

**Ship to:**
CASH- LA CENTRAL PRODUCE
16 FOREST PKWY
SHED 9 STALL 9-14
FOREST PARK, GA  30297

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1CLC | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 3/17/17 |

| Quantity | Description | Unit Price | Amount |
|---:|---|---:|---:|
| 3.00 | PLAIN PARSLEY- USA | 16.00 | 48.00 |
| 5.00 | CELERY-SLEEVED 30 | 20.00 | 100.00 |
| 8.00 | BROCCOLI CROWNS-USA | 17.00 | 136.00 |
| 10.00 | PLUM- BLACK- USA | 18.00 | 180.00 |
| 15.00 | GALA APPLES - USA 88 CT | 23.00 | 345.00 |
| 15.00 | GOLD DELICIOUS - USA 88 CT | 24.00 | 360.00 |
| 10.00 | GRANNY SMITH USA 88 CT | 28.00 | 280.00 |
| 10.00 | RED DELICIOUS- USA 88 CT | 22.00 | 220.00 |
| 6.00 | KIWI FRUIT | 16.00 | 96.00 |
| 15.00 | WHITE SEEDLESS GRAPES | 16.00 | 240.00 |
| 10.00 | RED GLOBE GRAPE | 18.00 | 180.00 |
| 10.00 | RED SEEDLESS GRAPE | 16.00 | 160.00 |
| 15.00 | CANTALOUPE 9ct. | 13.00 | 195.00 |
| 6.00 | CAULIFLOWER-12CT-USA | 26.00 | 156.00 |

**HOLD**

Package Count: 451.00

**Total Invoice:** 9,274.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

2/24/17 9:28 AM

**We accept Visa, Mastercard and Discover.**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.