

Exhibit A

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

**INVOICE**
237335

Invoice Date:
**Aug 14, 2015**

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 9/4/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | PEPPER-LARGE-USA | 16.00 | 16.00 |
| 1.00 | ONION-40# VIDALIA BOX | 28.00 | 28.00 |
| 4.00 | ONION-40# VIDALIA 8/5# BAGS | 30.00 | 120.00 |
| 2.00 | BEAN-SNAP- USA | 27.00 | 54.00 |
| 2.00 | BEANS-KY POLE-USA | 30.00 | 60.00 |
| 1.00 | CABBAGE GREEN BOX-USA | 15.00 | 15.00 |
| 1.00 | 12/10oz. SPINACH USA | 17.00 | 17.00 |
| 1.00 | POTATO #1 RED A-USA | 14.00 | 14.00 |

Package Count: 13.00

**Total Invoice:** **324.00**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

8/14/15 8:22 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

Produce Exchange of Atlanta, Inc
16 Forest Parkway, Bldg. E
Forest Park, GA  30297

**INVOICE**
237439

Invoice Date:

Aug 15, 2015

Voice:  (404) 608-0101
Fax:    (404) 608-0401

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 9/5/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | ONION-40# VIDALIA BOX | 28.00 | 28.00 |
| 1.00 | ROMAINE HEARTS 12/3ct.- USA | 24.00 | 24.00 |
| 1.00 | CELLO LETTUCE- USA | 30.00 | 30.00 |
| 1.00 | IDAHO 50CT POTATO-USA | 20.00 | 20.00 |
| 1.00 | BEAN-SNAP- USA | 30.00 | 30.00 |
| 5.00 | OKRA-FANCY- HON | 24.00 | 120.00 |

Package Count:   10.00

**Total Invoice:**   252.00

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

8/15/15 7:07 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
237770

Voice:  (404) 608-0101
Fax:    (404) 608-0401

**Invoice Date:**
**Aug 19, 2015**

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 9/9/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | OKRA-FANCY- USA | 18.00 | 36.00 |

| Package Count: | 2.00 |
|---|---|

**Total Invoice:**            **36.00**

PULLED BY: _____   CHECKED BY:_____   DELIVERED BY:_____

**We accept Visa, Mastercard and Discover.**

8/19/15 7:48 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
# 16 Forest Parkway, Bldg. E
# Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

## INVOICE
### 239114

**Invoice Date:**

**Sep 2, 2015**

*Duplicate*

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DAVID | CUST. PICKUP | | 9/23/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | BEANS-KY POLE-USA | 33.00 | 66.00 |
| 1.00 | PEPPERS-GREEN CHOPPERS-USA | 15.00 | 15.00 |
| 1.00 | CUCUMBER-SELECT- USA | 12.00 | 12.00 |
| 2.00 | CORN-WHITE-USA | 14.00 | 28.00 |
| 2.00 | ZUCCHINI-MEDIUM | 14.00 | 28.00 |

Package Count:      8.00

**Total Invoice:**              149.00

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

9/2/15 9:41 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA 30297**

**INVOICE**
239491

Invoice Date:
Sep 5, 2015

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 9/26/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | SWEET POTATOES #2 | 14.00 | 28.00 |
| 1.00 | SWEET POTATO-JUMBO-USA | 16.00 | 16.00 |
| 2.00 | BEAN-SNAP- USA | 24.00 | 48.00 |
| 1.00 | PEPPER-RED 25#- USA | 38.00 | 38.00 |
| 1.00 | CUCUMBER-PICKLE USA | 27.00 | 27.00 |
| 1.00 | CUCUMBER-SELECT- USA | 12.00 | 12.00 |
| 1.00 | ZUCCHINI-FANCY | 14.00 | 14.00 |
| 1.00 | ZUCCHINI-MEDIUM | 11.00 | 11.00 |

Package Count: 10.00

**Total Invoice:** 194.00

PULLED BY: _Eric_ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

9/5/15 8:02 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventory of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRIT INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
239623

**Invoice Date:**

**Sep 8, 2015**
*Duplicate*

Voice:  (404) 608-0101
Fax:    (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUST. PICKUP | | 9/29/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | BEAN-POLE-USA | 33.00 | 33.00 |
| 1.00 | POTATO 1# RED A-USA | 14.00 | 14.00 |
| 1.00 | PEPPER-RED 25#- USA | 38.00 | 38.00 |
| 1.00 | ROMAINE HEARTS 12/3ct.- USA | 20.00 | 20.00 |

| Package Count: | 4.00 |
|---|---|

**Total Invoice:**           **105.00**

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

9/8/15 9:24 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
239845

**Invoice Date:**

**Sep 10, 2015**
*Duplicate*

Voice:  (404) 608-0101
Fax:    (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUST. PICKUP | | 10/1/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3.00 | BEAN-POLE-USA | 33.00 | 99.00 |
| 1.00 | PEPPER-LARGE-USA | 14.00 | 14.00 |
| 1.00 | PEANUTS-GREEN BOX -USA | 36.00 | 36.00 |

| Package Count: | 5.00 |
|---|---|

**Total Invoice:**                149.00

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

**We accept Visa, Mastercard and Discover.**

9/10/15 8:53 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of these food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
# 16 Forest Parkway, Bldg. E
# Forest Park, GA 30297

Voice: (404) 608-0101
Fax:   (404) 608-0401



# INVOICE
## 239999

### Invoice Date:
**Sep 11, 2015**

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 10/2/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3.00 | ZUCCHINI-FANCY | 11.00 | 33.00 |
| 1.00 | ZUCCHINI-MEDIUM | 8.00 | 8.00 |
| 1.00 | CUCUMBER-PICKLE USA | 29.00 | 29.00 |
| 1.00 | ONION SWEET 40# | 29.00 | 29.00 |
| 1.00 | BEAN-SNAP- USA | 24.00 | 24.00 |
| 1.00 | BEAN-POLE-USA | 33.00 | 33.00 |
| 1.00 | SWEET POTATOES #2 | 14.00 | 14.00 |
| 1.00 | SWEET POTATO-JUMBO-USA | 16.00 | 16.00 |
| 1.00 | PEPPER-RED 25#- USA | 38.00 | 38.00 |
| 6.00 | CORN-WHITE-USA | 18.00 | 108.00 |

| Package Count: | 17.00 |
|---|---|

**Total Invoice:** 332.00

PULLED BY: _Lauren_  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

9/11/15 8:01 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA 30297**

**INVOICE**
240011

Invoice Date:

Sep 11, 2015

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 10/2/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3.00 | CORN-WHITE-USA | 18.00 | 54.00 |

| Package Count: | 3.00 |
|---|---|

**Total Invoice:** **54.00**

PULLED BY: _____ CHECKED BY:_____ DELIVERED BY:_____

**We accept Visa, Mastercard and Discover.**

9/11/15 8:45 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

**INVOICE**
240696

**Invoice Date:**

**Sep 18, 2015**
*Duplicate*

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | CUST. PICKUP | | 10/9/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | SQUASH-ACORN-USA | 17.00 | 17.00 |
| 1.00 | SQUASH-SPAGHETTI | 17.00 | 17.00 |
| 1.00 | PEPPER-RED 25#- USA | 24.00 | 24.00 |
| 10.00 | CORN-WHITE-USA | 20.00 | 200.00 |
| 1.00 | PEPPER-XLG GREEN-USA | 17.00 | 17.00 |
| 1.00 | CUCUMBER-PICKLE USA | 29.00 | 29.00 |
| 2.00 | OKRA-FANCY- HON | 26.00 | 52.00 |
| 3.00 | OKRA-FANCY- USA | 14.00 | 42.00 |
| 2.00 | BEAN-SNAP- USA | 24.00 | 48.00 |
| 2.00 | BEANS-KY POLE-USA | 33.00 | 66.00 |
| 1.00 | ONION JUMBO RED 25# | 14.00 | 14.00 |
| 1.00 | ONION-JUMBO YELLOW 50# | 14.00 | 14.00 |
| 2.00 | ROMAINE HEARTS 12/3ct.- USA | 24.00 | 48.00 |
| 1.00 | IDAHO 50CT POTATO-USA | 15.00 | 15.00 |
| 10.00 | TOMATOES- 5X6- MEX | 19.00 | 190.00 |

| Package Count: | 39.00 |
|---|---|

**Total Invoice:** 793.00

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

9/18/15 8:34 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
**240994**

**Invoice Date:**

**Sep 22, 2015**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 10/13/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | PEPPER-RED 25#- USA | 26.00 | 26.00 |
| 1.00 | PEPPER-LARGE-USA | 16.00 | 16.00 |
| 6.00 | CORN-WHITE-USA | 19.00 | 114.00 |
| 1.00 | IDAHO 50CT POTATO-USA | 14.00 | 14.00 |
| 1.00 | BEAN-SNAP- USA | 23.00 | 23.00 |
| 1.00 | CUCUMBER-SELECT- USA | 12.00 | 12.00 |
| 1.00 | BEANS-KY POLE-USA | 33.00 | 33.00 |

Package Count:       12.00

**Total Invoice:**          **238.00**

PULLED BY: _mwanful_ CHECKED BY:_____ DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

9/22/15 7:09 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

**INVOICE**
241095

Voice: (404) 608-0101
Fax:   (404) 608-0401

**Invoice Date:**

**Sep 23, 2015**
*Duplicate*

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DAVID | CUST. PICKUP | | 10/14/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4.00 | CORN-WHITE-USA | 20.00 | 80.00 |
| 1.00 | CUCUMBER-PICKLE USA | 29.00 | 29.00 |
| 1.00 | CUCUMBER-SELECT- USA | 12.00 | 12.00 |
| 1.00 | PEPPER-RED 25#- USA | 26.00 | 26.00 |
| 1.00 | BEAN-SNAP- USA | 23.00 | 23.00 |
| 1.00 | BEAN-POLE-USA | 33.00 | 33.00 |
| 1.00 | CABBAGE GREEN BOX-USA | 18.00 | 18.00 |

Package Count:      10.00

**Total Invoice:**         221.00

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

9/23/15 7:56 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of these food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

**INVOICE**
241351

Invoice Date:

Sep 25, 2015

Voice: (404) 608-0101
Fax:   (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 10/16/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | CORN-WHITE-USA | 19.00 | 38.00 |
| 1.00 | CUCUMBER-PICKLE USA | 29.00 | 29.00 |
| 5.00 | PIE PUMPKIN | 18.00 | 90.00 |
| 1.00 | BEAN-SNAP- USA | 22.00 | 22.00 |

Package Count:      9.00

**Total Invoice:**           **179.00**

PULLED BY: _mcranchel_ CHECKED BY: _____ DELIVERED BY: _____

9/25/15 8:16 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

# INVOICE
## 241483

### Invoice Date:

**Sep 26, 2015**
*Duplicate*

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DAVID | CUST. PICKUP | | 10/17/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 6.00 | CORN-WHITE-USA | 18.00 | 108.00 |
| 1.00 | ZUCCHINI-FANCY | 9.00 | 9.00 |
| 1.00 | ZUCCHINI-MEDIUM | 7.00 | 7.00 |
| 1.00 | OKRA-FANCY- USA | 16.00 | 16.00 |

Package Count:     9.00

**Total Invoice:**       140.00

PULLED BY: _____   CHECKED BY:_____   DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

9/26/15 9:09 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
241597

Invoice Date:

**Sep 28, 2015**

Voice: (404) 608-0101
Fax:   (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 10/19/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3.00 | CORN-WHITE-USA | 18.00 | 54.00 |
| 1.00 | TURNIP GREENS- USA | 12.00 | 12.00 |
| 1.00 | IDAHO-60CT POTATO-USA | 14.00 | 14.00 |
| 1.00 | BEAN-SNAP- USA | 22.00 | 22.00 |
| 2.00 | OKRA-FANCY- HON | 26.00 | 52.00 |
| 1.00 | CUCUMBER-PICKLE USA | 29.00 | 29.00 |
| 2.00 | CUCUMBER-SELECT- USA | 11.00 | 22.00 |
| 1.00 | ZUCCHINI-MEDIUM | 7.00 | 7.00 |
| 2.00 | ZUCCHINI-FANCY | 9.00 | 18.00 |

| Package Count: | 14.00 |
|---|---|

**Total Invoice:** **230.00**

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

**We accept Visa, Mastercard and Discover.**

9/28/15 8:45 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
242057

**Invoice Date:**

**Oct 2, 2015**
*Duplicate*

Voice:  (404) 608-0101
Fax:    (404) 608-0401

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DAVID | CUST. PICKUP | | 10/23/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 7.00 | CORN-WHITE-USA | 20.00 | 140.00 |
| 1.00 | BEAN-SNAP- USA | 14.00 | 14.00 |
| 1.00 | CUCUMBER-SELECT- USA | 11.00 | 11.00 |
| 1.00 | PEPPER-RED 25#- USA | 23.00 | 23.00 |
| 1.00 | PEPPERS-GREEN CHOPPERS-USA | 16.00 | 16.00 |
| 1.00 | CARROT- 30x1# BABY PEELED-USA | 24.00 | 24.00 |
| 1.00 | ONION JUMBO RED 25# | 16.00 | 16.00 |
| 1.00 | KALE | 12.00 | 12.00 |
| 1.00 | IDAHO 50CT POTATO-USA | 13.00 | 13.00 |
| 1.00 | SWEET POTATOES #2 | 14.00 | 14.00 |
| 1.00 | SWEET POTATO-JUMBO-USA | 16.00 | 16.00 |
| 2.00 | ZUCCHINI-MEDIUM | 7.00 | 14.00 |
| 2.00 | ZUCCHINI-FANCY | 10.00 | 20.00 |

Package Count:   21.00

**Total Invoice:**          333.00

PULLED BY: _____   CHECKED BY: _____   DELIVERED BY: _____

**We accept Visa, Mastercard and Discover.**

10/2/15 10:36 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

**INVOICE**
242250

**Invoice Date:**

Oct 5, 2015

Voice: (404) 608-0101
Fax: (404) 608-0401



**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUST. PICKUP | | 10/26/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4.00 | CORN-BICOLOR-USA | 20.00 | 80.00 |
| 1.00 | BEAN-POLE-USA | 27.00 | 27.00 |
| 1.00 | CUCUMBER-PICKLE USA | 29.00 | 29.00 |
| 1.00 | ZUCCHINI-FANCY | 10.00 | 10.00 |

| Package Count: | 7.00 |
|---|---|

**Total Invoice:** **146.00**

PULLED BY: _Laura_ CHECKED BY: _____ DELIVERED BY: _____

10/5/15 8:32 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice: (404) 608-0101
Fax:    (404) 608-0401

**INVOICE**
242461

**Invoice Date:**

Oct 7, 2015
*Duplicate*

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 10/28/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | BEAN-POLE-USA | 27.00 | 54.00 |
| 3.00 | OKRA-FANCY | 20.00 | 60.00 |
| 4.00 | CORN-BICOLOR-USA | 19.00 | 76.00 |
| 1.00 | PEPPER-RED 25#- USA | 23.00 | 23.00 |
| 1.00 | SWEET POTATOES #2 | 13.00 | 13.00 |

| Package Count: | 11.00 |
|---|---|

**Total Invoice:**          **226.00**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

10/7/15 8:11 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
242720

Invoice Date:

Oct 9, 2015
*Duplicate*

Voice:  (404) 608-0101
Fax:    (404) 608-0401

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 10/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3.00 | OKRA-FANCY | 20.00 | 60.00 |
| 2.00 | SWEET POTATOES #2 | 12.00 | 24.00 |
| 1.00 | SWEET POTATO-JUMBO-USA | 16.00 | 16.00 |
| 3.00 | SQUASH-1# YELLOW-USA | 18.00 | 54.00 |

Package Count:        9.00

**Total Invoice:**          **154.00**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

10/9/15 8:45 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 11/6/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 7.00 | CORN-WHITE-USA | 18.00 | 126.00 |
| 3.00 | OKRA-FANCY | 20.00 | 60.00 |
| 1.00 | 12/10oz. SPINACH USA | 15.00 | 15.00 |
| 2.00 | BEAN-SNAP- USA | 21.00 | 42.00 |

Package Count:      13.00

**Total Invoice:**          **243.00**

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

10/16/15 9:42 AM

**We accept Visa, Mastercard and Discover.**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA 30297**

**INVOICE**
243812

Invoice Date:

Oct 20, 2015

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 11/10/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | BEAN-POLE-USA | 28.00 | 28.00 |
| 1.00 | BEETS-25# BAGS-USA | 12.00 | 12.00 |

| Package Count: | 2.00 |
|---|---|

**Total Invoice:** **40.00**

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

**We accept Visa, Mastercard and Discover.**

10/20/15 8:57 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

**INVOICE**
244677

Invoice Date:

Oct 29, 2015

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 11/19/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3.00 | OKRA-FANCY | 20.00 | 60.00 |
| 1.00 | SWEET POTATO-JUMBO-USA | 16.00 | 16.00 |
| 1.00 | SWEET POTATOES #2 | 13.00 | 13.00 |
| 1.00 | BEAN-SNAP- USA | 12.00 | 12.00 |
| 1.00 | CUCUMBER-PICKLE USA | 28.00 | 28.00 |
| 1.00 | BEETS-25# BAGS-USA | 13.00 | 13.00 |
| 1.00 | CUCUMBER-SELECT- USA | 10.00 | 10.00 |
| 1.00 | BEAN-POLE-USA | 20.00 | 20.00 |
| 1.00 | PEANUTS-GREEN BOX -USA | 36.00 | 36.00 |
| 3.00 | CORN-WHITE-USA | 15.00 | 45.00 |

Package Count:    14.00

**Total Invoice:**        **253.00**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

10/29/15 9:29 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
**246344**

Invoice Date:

**Nov 14, 2015**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 12/5/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | BEAN-SNAP- USA | 20.00 | 40.00 |

| Package Count: | 2.00 |
|---|---|

**Total Invoice:**          **40.00**

PULLED BY: _____ CHECKED BY:_____ DELIVERED BY:_____

11/14/15 7:59 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
### Forest Park, GA 30297



Voice: (404) 608-0101
Fax: (404) 608-9491

**INVOICE**
246960

Invoice Date:
Nov 20, 2015

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 12/11/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | POTATO-5# RED A-USA | 17.00 | 34.00 |
| 2.00 | OKRA-FANCY HON | 28.00 | 56.00 |
| 1.00 | SQUASH-1# YELLOW-USA | 15.00 | 15.00 |
| 6.00 | CORN-WHITE-USA | 12.00 | 72.00 |
| 2.00 | BEAN-POLE-USA | 27.00 | 54.00 |
| 2.00 | BEAN-SNAP- USA | 24.00 | 48.00 |
| 1.00 | BEANS-CRANBERRY-USA | 25.00 | 25.00 |

| Package Count: | 16.00 | **Total Invoice:** | **304.00** |
|---|---|---|---|

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

11/20/15 10:05 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

**INVOICE**
247036

Invoice Date:

**Nov 21, 2015**
*Duplicate*

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 12/12/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 7.00 | CORN-WHITE-USA | 12.00 | 84.00 |
| 1.00 | BEAN-SNAP- USA | 26.00 | 26.00 |
| 3.00 | SQUASH-1# YELLOW-USA | 15.00 | 45.00 |
| 1.00 | IDAHO 50CT POTATO-USA | 17.00 | 17.00 |
| 1.00 | CUCUMBER-PICKLE USA | 23.00 | 23.00 |
| 1.00 | PEPPER-RED 25#- USA | 38.00 | 38.00 |
| 1.00 | ONION-JUMBO YELLOW 50# | 14.00 | 14.00 |
| 1.00 | PEPPER LARGE USA | 16.00 | 16.00 |
| 1.00 | BEETS-25# BAGS-USA | 13.00 | 13.00 |
| -1.00 | BEANS-CRANBERRY-USA- CREDIT | 25.00 | -25.00 |

Package Count: 16.00

**Total Invoice:** 251.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

11/21/15 7:50 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
247185

**Invoice Date:**

Nov 23, 2015
*Duplicate*

Voice:  (404) 608-0101
Fax:  (404) 608-0401

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 12/14/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 7.00 | CORN-WHITE-USA | 12.00 | 84.00 |
| 1.00 | RUTABAGAS-CANADIAN | 22.00 | 22.00 |
| 1.00 | PEPPER LARGE USA | 16.00 | 16.00 |
| 2.00 | OKRA-FANCY | 22.00 | 44.00 |
| 1.00 | CARROT- 30x1# BABY PEELED-USA | 24.00 | 24.00 |
| 1.00 | RADISHES-14/1# CELLO-USA | 12.00 | 12.00 |
| 1.00 | BEAN-POLE-USA | 27.00 | 27.00 |

Package Count:    14.00

**Total Invoice:**        229.00

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

**We accept Visa, Mastercard and Discover.**

11/23/15 9:36 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
247209

**Invoice Date:**
Nov 23, 2015
*Duplicate*

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 12/14/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | PEPPER LARGE USA | 16.00 | 16.00 |
| 1.00 | CUCUMBER-PICKLE USA | 23.00 | 23.00 |

| Package Count: | 2.00 |
|---|---|

**Total Invoice:** 39.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

11/23/15 10:22 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

**INVOICE**
247318

Invoice Date:

**Nov 24, 2015**
*Duplicate*

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 12/15/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | PEPPER-RED 25#- USA | 38.00 | 38.00 |
| 1.00 | SQUASH-SPAGHETTI- USA | 22.00 | 22.00 |
| 1.00 | SQUASH-BUTTERNUT-USA | 18.00 | 18.00 |
| 8.00 | CORN-WHITE-USA | 12.00 | 96.00 |
| 3.00 | BEAN-POLE-USA | 27.00 | 81.00 |

| Package Count: | 14.00 |
|---|---|

**Total Invoice:** **255.00**

PULLED BY: _____ CHECKED BY:_____ DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

11/24/15 9:05 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

**INVOICE**
**247712**

Voice:  (404) 608-0101
Fax:   (404) 608-0401

**Invoice Date:**
**Nov 28, 2015**
*Duplicate*

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 12/19/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4.00 | SQUASH-1# YELLOW-USA | 18.00 | 72.00 |
| 1.00 | CELERY-SLEEVED 30 | 37.00 | 37.00 |

| Package Count: | 5.00 |
|---|---|

**Total Invoice:**            **109.00**

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

**We accept Visa, Mastercard and Discover.**

11/28/15 8:35 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA 30297**

**INVOICE**
**247825**

**Invoice Date:**
**Nov 30, 2015**
*Duplicate*

Voice: (404) 608-0101
Fax: (404) 608-0401

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 12/21/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | CUCUMBER-PICKLE USA | 25.00 | 25.00 |
| 1.00 | IDAHO 50CT POTATO-USA | 17.00 | 17.00 |
| 1.00 | PEPPER-RED 25#- USA | 37.00 | 37.00 |

| Package Count: | 3.00 |
|---|---|

**Total Invoice:** **79.00**

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

11/30/15 7:56 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
16 Forest Parkway, Bldg. E
Forest Park, GA 30297

**INVOICE**
247847

Invoice Date:
Nov 30, 2015

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 12/21/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | OKRA-FANCY | 22.00 | 22.00 |

| Package Count: | 1.00 |
|---|---|

**Total Invoice:** 22.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

11/30/15 8:48 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

**INVOICE**
248446

**Invoice Date:**

Dec 5, 2015
*Duplicate*

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 12/26/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 5.00 | CORN-WHITE-USA | 13.00 | 65.00 |
| 1.00 | OKRA-FANCY HON | 28.00 | 28.00 |
| 2.00 | ZUCCHINI-MEDIUM | 18.00 | 36.00 |
| 2.00 | BEAN-SNAP- USA | 38.00 | 76.00 |
| 1.00 | CUCUMBER-PICKLE USA | 25.00 | 25.00 |

| Package Count: | 11.00 |
|---|---|

**Total Invoice:**        **230.00**

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

12/5/15 8:22 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of these food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA 30297**

**INVOICE**
249333

**Invoice Date:**

**Dec 15, 2015**
*Duplicate*

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 1/5/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | OKRA-FANCY | 22.00 | 22.00 |
| 1.00 | CABBAGE GREEN BOX-USA | 11.00 | 11.00 |
| 1.00 | POTATO-#1 RED A-USA | 14.00 | 14.00 |
| 1.00 | PEPPER-RED 25#- USA | 42.00 | 42.00 |
| 1.00 | ZUCCHINI-FANCY | 28.00 | 28.00 |
| 1.00 | RUTABAGAS-CANADIAN | 22.00 | 22.00 |
| 1.00 | ONION JUMBO RED 25# | 18.00 | 18.00 |
| 1.00 | CUCUMBER-SELECT- USA | 26.00 | 26.00 |
| 1.00 | PEPPERS-GREEN CHOPPERS-USA | 14.00 | 14.00 |

Package Count: 9.00

**Total Invoice:** 197.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

12/15/15 8:51 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
# 16 Forest Parkway, Bldg. E
# Forest Park, GA  30297

Voice:  (404) 608-0101
Fax:    (404) 608-0401

**INVOICE**
250539

Invoice Date:

Dec 29, 2015

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 1/19/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | CUCUMBER-PICKLE USA | 25.00 | 25.00 |
| 1.00 | CUCUMBER-SELECT- USA | 21.00 | 21.00 |

Package Count:      2.00

**Total Invoice:**          46.00

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

12/29/15 7:25 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA   30297**

**INVOICE**
250863

*Invoice Date:*

Dec 31, 2015

Voice: (404) 608-0101
Fax:   (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 1/21/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4.00 | CORN-WHITE-USA | 22.00 | 88.00 |
| 1.00 | ZUCCHINI-MEDIUM | 18.00 | 18.00 |
| 1.00 | BEAN-POLE-USA | 36.00 | 36.00 |

| Package Count: | 6.00 |
|---|---|

**Total Invoice:**       **142.00**

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

**We accept Visa, Mastercard and Discover.**

12/31/15 9:50 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

**INVOICE**
**251103**

Invoice Date:

**Jan 4, 2016**
*Duplicate*

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 1/25/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | CUCUMBER-PICKLE USA | 25.00 | 25.00 |
| 1.00 | CUCUMBER-SELECT- USA | 20.00 | 20.00 |
| 1.00 | OKRA-FANCY HON | 18.00 | 18.00 |
| 1.00 | BEAN-SNAP- USA | 35.00 | 35.00 |
| 1.00 | PEPPER-XLG GREEN-USA | 15.00 | 15.00 |
| 1.00 | SQUASH-SPAGHETTI- USA | 19.00 | 19.00 |
| 1.00 | SQUASH-ACORN-USA | 20.00 | 20.00 |
| 1.00 | GREEN KALE USA | 11.00 | 11.00 |
| 1.00 | BEETS-25# BAGS-USA | 10.00 | 10.00 |
| 1.00 | ROMAINE HEARTS | 26.00 | 26.00 |

Package Count: 10.00

**Total Invoice:** **199.00**

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

1/4/16 9:44 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc

16 Forest Parkway, Bldg. E
Forest Park, GA  30297

Voice: (404) 608-0101
Fax:   (404) 608-0401

# INVOICE
## 251223

Invoice Date:

**Jan 5, 2016**
*Duplicate*

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| K | CUST. PICKUP | | 1/26/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | CORN-YELLOW-USA | 22.00 | 44.00 |
| 1.00 | CUCUMBER-PICKLE USA | 25.00 | 25.00 |
| 2.00 | OKRA-FANCY | 18.00 | 36.00 |
| 1.00 | 12/10oz. SPINACH USA | 15.00 | 15.00 |
| 2.00 | SQUASH-1# YELLOW-USA | 32.00 | 64.00 |

Package Count:    8.00

**Total Invoice:**          **184.00**

PULLED BY: _____  CHECKED BY: _____  DELIVERED BY: _____

1/5/16 10:38 AM

## We accept Visa, Mastercard and Discover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Product Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

**INVOICE**
251223

Invoice Date:
**Jan 5, 2016**

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 1/26/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | CORN-YELLOW-USA | 22.00 | 44.00 |
| 1.00 | CUCUMBER-PICKLE USA | 25.00 | 25.00 |
| 2.00 | OKRA-FANCY | 18.00 | 36.00 |
| 1.00 | 12/10oz. SPINACH USA | 15.00 | 15.00 |

| Package Count: | 6.00 |
|---|---|

**Total Invoice:**          **120.00**

PULLED BY: _____   CHECKED BY: _____   DELIVERED BY: _____

**We accept Visa, Mastercard and Discover.**

1/5/16 9:07 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
251472

Invoice Date:

**Jan 7, 2016**
*Duplicate*

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| NICK | CUST. PICKUP | | 1/28/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | CORN-WHITE-USA | 24.00 | 48.00 |
| 1.00 | BEAN-SNAP- USA | 29.00 | 29.00 |
| 1.00 | POTATO-#1 RED A-USA | 14.00 | 14.00 |
| 1.00 | PEPPER LARGE USA | 18.00 | 18.00 |
| 1.00 | SQUASH-BUTTERNUT-USA | 18.00 | 18.00 |
| 1.00 | 12/10oz. SPINACH USA | 15.00 | 15.00 |
| 1.00 | ROMAINE HEARTS | 26.00 | 26.00 |
| 1.00 | BEAN-POLE-USA | 36.00 | 36.00 |

Package Count: 9.00

**Total Invoice:** **204.00**

PULLED BY: _____ CHECKED BY:_____ DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

1/7/16 10:04 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA  30297**

Voice:  (404) 608-0101
Fax:    (404) 608-0401

**INVOICE**
252063

**Invoice Date:**

**Jan 13, 2016**
*Duplicate*

Sold To:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

Ship to:

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA  30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DAVID | CUST. PICKUP | | 2/3/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | ZUCCHINI-MEDIUM | 34.00 | 34.00 |
| 1.00 | ZUCCHINI-FANCY | 36.00 | 36.00 |
| 1.00 | OKRA-FANCY | 22.00 | 22.00 |
| 2.00 | CORN-WHITE-USA | 24.00 | 48.00 |
| 1.00 | BEAN-SNAP- USA | 29.00 | 29.00 |
| 1.00 | BEAN-POLE-USA | 29.00 | 29.00 |
| 1.00 | CUCUMBER-PICKLE USA | 31.00 | 31.00 |
| 1.00 | PEPPERS-GREEN CHOPPERS-USA | 30.00 | 30.00 |
| 1.00 | PEPPER-RED 25#- USA | 38.00 | 38.00 |
| 1.00 | GREEN KALE USA | 11.00 | 11.00 |
| 1.00 | SQUASH-1# YELLOW-USA | 45.00 | 45.00 |

Package Count:        12.00

**Total Invoice:**          353.00

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

**We accept Visa, Mastercard and Discover.**

1/13/16 10:00 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

**Produce Exchange of Atlanta, Inc**
**16 Forest Parkway, Bldg. E**
**Forest Park, GA 30297**

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
252327

**Invoice Date:**

**Jan 15, 2016**
*Duplicate*

**Sold To:**

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

**Ship to:**

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DAVID | CUST. PICKUP | | 2/5/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.00 | SQUASH-1# YELLOW-USA | 48.00 | 96.00 |
| 1.00 | BEAN-SNAP- USA | 29.00 | 29.00 |
| 2.00 | IDAHO-60CT POTATO-USA | 17.00 | 34.00 |
| 3.00 | OKRA-FANCY | 26.00 | 78.00 |
| 1.00 | CUCUMBER-PICKLE USA | 33.00 | 33.00 |
| 1.00 | SQUASH-BUTTERNUT-USA | 20.00 | 20.00 |
| 1.00 | SQUASH-SPAGHETTI- USA | 20.00 | 20.00 |

Package Count: 11.00

**Total Invoice:** 310.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

**We accept Visa, Mastercard and Discover.**

1/15/16 11:19 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

**INVOICE**
252711

**Invoice Date:**
Jan 20, 2016

Voice: (404) 608-0101
Fax: (404) 608-0401

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA 30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | CUST. PICKUP | | 2/10/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | CAULIFLOWER-12CT-USA | 17.00 | 17.00 |
| 1.00 | BEAN-SNAP- USA | 29.00 | 29.00 |
| 1.00 | IDAHO-60CT POTATO-USA | 18.00 | 18.00 |
| 1.00 | CUCUMBER-PICKLE USA | 35.00 | 35.00 |
| 1.00 | CUCUMBER-SELECT- USA | 29.00 | 29.00 |

| Package Count: | 5.00 |
|---|---|

**Total Invoice:** **128.00**

PULLED BY: _____ CHECKED BY:_____ DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

1/20/16 9:59 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA  30297

Voice:  (404) 608-0101
Fax:    (404) 608-0401

**INVOICE**
252976

**Invoice Date:**
**Jan 22, 2016**
*Duplicate*

Sold To:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

Ship to:

**THREE PEAS IN A POD, LLC**
**4450 ATLANTA HWY**
**LOGANVILLE, GA  30052**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| K | CUST. PICKUP | | 2/12/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | 12/10oz. SPINACH USA | 15.00 | 15.00 |

Package Count:    1.00

**Total Invoice:**        **15.00**

PULLED BY: _____  CHECKED BY:_____  DELIVERED BY:_____

## We accept Visa, Mastercard and Discover.

1/22/16 11:23 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.

# Produce Exchange of Atlanta, Inc
## 16 Forest Parkway, Bldg. E
## Forest Park, GA 30297

Voice: (404) 608-0101
Fax: (404) 608-0401

**INVOICE**
253550

Invoice Date:
**Jan 29, 2016**
*Duplicate*

**Sold To:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

**Ship to:**

THREE PEAS IN A POD, LLC
4450 ATLANTA HWY
LOGANVILLE, GA 30052

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| TP | | Net 21 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | CUST. PICKUP | | 2/19/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3.00 | SQUASH-1# YELLOW-USA | 45.00 | 135.00 |
| 1.00 | SQUASH-BUTTERNUT-USA | 20.00 | 20.00 |
| 4.00 | CORN-WHITE-USA | 24.00 | 96.00 |
| 1.00 | BEETS-25# BAGS-USA | 10.00 | 10.00 |
| 1.00 | CABBAGE GREEN BOX-USA | 18.00 | 18.00 |
| 1.00 | CELLO LETTUCE-USA | 15.00 | 15.00 |
| 1.00 | 12/10oz. SPINACH USA | 15.00 | 15.00 |
| 1.00 | BEAN-POLE-USA | 35.00 | 35.00 |
| 1.00 | CUCUMBER-PICKLE USA | 37.00 | 37.00 |
| 1.00 | CUCUMBER-SELECT- USA | 12.00 | 12.00 |

Package Count: 15.00

**Total Invoice:** 393.00

PULLED BY: _____ CHECKED BY: _____ DELIVERED BY: _____

## We accept Visa, Mastercard and Discover.

1/29/16 10:03 AM

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. INTEREST SHALL ACCRUE ON ANY PAST-DUE ACCOUNT BALANCE AT THE RATE OF 1.5% PER MONTH (18% PER ANNUM); BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING ATTORNEY'S FEES; NO CLAIMS FOR CREDITS OR ADJUSTMENTS CAN BE CONSIDERED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN EIGHT (8) HOURS OF RECEIPT OF THE PRODUCT ALONG WITH THE WRITTEN USDA INSPECTION RESULTS.