Exhibit 3

```
DRSDLA00 / AR511                                  DIMARE RUSKIN, INC.                                      Page 1 of 1
12810819                                           A/R Aging Report                                        06/30/17 11:47a
Accting per : 1706
Aging date : 06/30/17
11 : S6
```

| Customer Info | Reference | Invoice | Date | Days | Balance | 1-15 | 16-30 | 31-45 | 46-60 | Over 60 |
|---|---|---|---|---|---|---|---|---|---|---|
| 103970 | 160 / | 00018663 | 05/03/16 | 423 | 4,760.00 | | | | | 4,760.00 |
| ATLANTA TOMATO, LLC | 5036 / | 00018678 | 05/03/16 | 423 | 9,243.50 | | | | | 9,243.50 |
| FOREST PARK  GA  30297 | 226 / | 00018760 | 05/10/16 | 416 | 7,120.00 | | | | | 7,120.00 |
| Phone: 404-361-2224 | 5071 / | 00018871 | 05/13/16 | 413 | 11,997.90 | | | | | 11,997.90 |
| Fx:    404-361-2101 | 328 / | 00018873 | 05/13/16 | 413 | 556.00 | | | | | 556.00 |
| Terms: DI Net 10 Days | 287 / | 00018802 | 05/18/16 | 408 | 7,120.00 | | | | | 7,120.00 |
| Seasonal sales: $114,779.35 | 529 / | 00019133 | 05/27/16 | 399 | 7,220.00 | | | | | 7,220.00 |
| | 5135 / | 00019140 | 05/27/16 | 399 | 2,970.00 | | | | | 2,970.00 |
| | 589 / | 00019216 | 06/01/16 | 394 | 11,120.00 | | | | | 11,120.00 |
| | 468 / | 00019061 | 06/02/16 | 393 | 11,120.00 | | | | | 11,120.00 |
| | 5172 / | 00019283 | 06/07/16 | 388 | 5,724.00 | | | | | 5,724.00 |
| | 577 / | 00019198 | 06/11/16 | 384 | 19,120.00 | | | | | 19,120.00 |
| | | | | | 98,071.40* | .00* | .00* | .00* | .00* | 98,071.40* |

```
                  *Final total*                          98,071.40     .00       .00       .00       .00    98,071.40

Total Seasonal sales    :  $114,779.35                   100.0 %      .0 %      .0 %      .0 %      .0 %    100.0 %

Summary by transaction type:

    IV       101,431.40
    DM             .00
    CM        -3,360.00
    PY             .00
    UA             .00
    DS             .00
    WO             .00
    TR             .00
    AJ             .00
    SC             .00
    NS             .00
```

  

**GROWERS - PACKERS - SHIPPERS**

Spring 2016

| | |
|---|---|
| **INVOICE:** | 00018663/ 160 |
| **Purchase Order:** | |
| Shipped Date: | 05/03/16 |
| Invoice Date: | 05/04/16 |
| Customer Number: | 103970 |
| Truck Number: | IC66PA GA. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days         Product of Florida and USA

| Code  | Product Description            |        | Shipped | Unit Price | Extended Amount |
|-------|--------------------------------|--------|---------|------------|-----------------|
| 07548 | DIMARE 5X6 & LGR               | 25# BOX | 800     | 4.00       | 3200.00         |
|       | Global G.A.P. Certified        |        |         |            |                 |
|       | **SUBTOTAL**                   |        |         |            | **3200.00**     |
| 07915 | HANDLING/ENVIRONMENTAL FEE     |        | 800     | 1.95       | 1560.00         |



**Please pay this amount:     4760.00**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. **Problems must be reported within 24 hours after product has been received or invoice is payable in full.** Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

**GROWERS - PACKERS - SHIPPERS**

Spring 2016

| | |
|---|---|
| INVOICE: | 00018678/ 5036 |
| Purchase Order: | |
| Shipped Date: | 05/03/16 |
| Invoice Date: | 05/04/16 |
| Customer Number: | 103970 |
| Truck Number: | IC66PD-GA. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days          Product of Florida and USA

| Code | Product Description | Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|
| 07967 | GRAPE BR SHOEBOX | 12/1 PT FL | 840 | 6.95 | 5838.00 |
| | Global G.A.P. Certified | | | | |
| 07926 | CHERRY LT PINK | 12/1PT FL | 196 | 6.95 | 1362.20 |
| 07927 | CHERRY PINK | 12/1PT FL | 294 | 6.95 | 2043.30 |


NVC4140000300018678 0001

**Please pay this amount:** 9243.50

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. **Problems must be reported within 24 hours after product has been received or invoice is payable in full.** Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

**GROWERS - PACKERS - SHIPPERS**

Spring 2016

| | |
|---|---|
| INVOICE: | 00018760/ 226 |
| Purchase Order: | |
| Shipped Date: | 05/10/16 |
| Invoice Date: | 05/26/16 |
| Customer Number: | 103970 |
| Truck Number: | TL9Y974 GA. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days          Product of Florida and USA

| Code | Product Description | | Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 07980 | PINK 4X5 | 25# BOX | 1280 | 2.50 | 3200.00 |
| | Global G.A.P. Certified | | | | |
| 07976 | LT PINK 5X5 | 25# BOX | 23 | 2.50 | 57.50 |
| | Global G.A.P. Certified | | | | |
| 07981 | PINK 5X5 | 25# BOX | 297 | 2.50 | 742.50 |
| | Global G.A.P. Certified | | | | |
| | **SUBTOTAL** | | | | **4000.00** |
| | | | | | |
| 07915 | HANDLING/ENVIRONMENTAL FEE | | 1600 | 1.95 | 3120.00 |


NVC41400003000187600001

**Please pay this amount:    7120.00**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. **Problems must be reported within 24 hours after product has been received or invoice is payable in full.** Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

**DiMARE**

GROWERS - PACKERS - SHIPPERS

Spring 2016

| | |
|---|---|
| INVOICE: | 00018871/ 5071 |
| Purchase Order: | |
| Shipped Date: | 05/13/16 |
| Invoice Date: | 05/17/16 |
| Customer Number: | 103970 |
| Truck Number: | UAY092-GA. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days        Product of Florida and USA

| Code | Product Description | Shipped | | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 07911 | PLUM, PINK EX LARGE | 25# BOX | 960 | 7.95 | 7632.00 |
| | Global G.A.P. Certified | | | | |
| 07927 | CHERRY PINK | 12/1PT FL | 490 | 4.95 | 2425.50 |
| 07926 | CHERRY LT PINK | 12/1PT FL | 392 | 4.95 | 1940.40 |



I NVC4140000400018871 0001

**Please pay this amount:    11997.90**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. **Problems must be reported within 24 hours after product has been received or invoice is payable in full.** Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

**GROWERS - PACKERS - SHIPPERS**

Spring 2016

| | |
|---|---|
| INVOICE: | 00018873/ 328 |
| Purchase Order: | |
| Shipped Date: | 05/13/16 |
| Invoice Date: | 05/17/16 |
| Customer Number: | 103970 |
| Truck Number: | 4AY092 GA. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days     Product of Florida and USA

| Code | Product Description | Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|
| 07548 | DIMARE 5X6 & LGR | 25# BOX   80 | 5.00 | 400.00 |
| | Global G.A.P. Certified | | | |
| | **SUBTOTAL** | | | **400.00** |
| 07915 | HANDLING/ENVIRONMENTAL FEE | 80 | 1.95 | 156.00 |


I NVC4140000300018873000I

**Please pay this amount:     556.00**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. **Problems must be reported within 24 hours after product has been received or invoice is payable in full.** Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.





**DiMARE**
GROWERS - PACKERS - SHIPPERS

Spring 2016

INVOICE: 00018802/ 287
Purchase Order:
Shipped Date: 05/18/16
Invoice Date: 05/20/16
Customer Number: 103970
Truck Number: 555 715 IL.

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days          Product of Florida and USA

| Code  | Product Description          |         | Shipped | Unit Price | Extended Amount |
|-------|------------------------------|---------|---------|------------|-----------------|
| 07980 | PINK 4X5                     | 25# BOX | 1600    | 2.50       | 4000.00         |
|       | Global G.A.P. Certified      |         |         |            |                 |
|       | **SUBTOTAL**                 |         |         |            | **4000.00**     |
| 07915 | HANDLING/ENVIRONMENTAL FEE   |         | 1600    | 1.95       | 3120.00         |


I-NVC41400003000188020001

**Please pay this amount:    7120.00**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. **Problems must be reported within 24 hours after product has been received or invoice is payable in full.** Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

**GROWERS - PACKERS - SHIPPERS**

Spring 2016

| | |
|---|---|
| INVOICE: | 00019133/ 529 |
| Purchase Order: | |
| Shipped Date: | 05/27/16 |
| Invoice Date: | 06/01/16 |
| Customer Number: | 103970 |
| Truck Number: | HU58399 OR. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days        Product of Florida and USA

| Code | Product Description | | Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 07975 | LT PINK 4X5 | 25# BOX | 640 | 4.00 | 2560.00 |
| | Global G.A.P. Certified | | | | |
| 07980 | PINK 4X5 | 25# BOX | 480 | 4.00 | 1920.00 |
| | Global G.A.P. Certified | | | | |
| 07548 | DIMARE 5X6 & LGR | 25# BOX | 80 | 5.00 | 400.00 |
| | Global G.A.P. Certified | | | | |
| | **SUBTOTAL** | | | | **4880.00** |
| 07915 | HANDLING/ENVIRONMENTAL FEE | | 1200 | 1.95 | 2340.00 |


NVC4140000500019133 0001

**Please pay this amount:** 7220.00

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Problems must be reported within 24 hours after product has been received or invoice is payable in full. Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

Spring 2016

INVOICE: 00019140/ 5135
**Purchase Order:**
Shipped Date: 05/27/16
Invoice Date: 06/01/16
Customer Number: 103970
Truck Number: HU58399-OR.

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN, FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days        Product of Florida and USA

| Code | Product Description | Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|
| 07967 | GRAPE BR SHOEBOX  12/1 PT FL | 600 | 4.95 | 2970.00 |
|  | Global G.A.P. Certified |  |  |  |

I-NVC4140000400019140001

**Please pay this amount:   2970.00**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Problems must be reported within 24 hours after product has been received or invoice is payable in full. Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

**DiMARE**
GROWERS - PACKERS - SHIPPERS

Spring 2016

| | |
|---|---|
| INVOICE: | 00019216/ 589 |
| Purchase Order: | |
| Shipped Date: | 06/01/16 |
| Invoice Date: | 06/06/16 |
| Customer Number: | 103970 |
| Truck Number: | UAY178 GA. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days        Product of Florida and USA

| Code  | Product Description       |         | Shipped | Unit Price | Extended Amount |
|-------|---------------------------|---------|---------|------------|-----------------|
| 07975 | LT PINK 4X5               | 25# BOX | 1035    | 5.00       | 5175.00         |
|       | Global G.A.P. Certified   |         |         |            |                 |
| 07980 | PINK 4X5                  | 25# BOX | 565     | 5.00       | 2825.00         |
|       | Global G.A.P. Certified   |         |         |            |                 |
|       | **SUBTOTAL**              |         |         |            | **8000.00**     |
| 07915 | HANDLING/ENVIRONMENTAL FEE |        | 1600    | 1.95       | 3120.00         |


I-NVC4140000300019216001

**Please pay this amount:** **11120.00**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Problems must be reported within 24 hours after product has been received or invoice is payable in full. Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

**GROWERS - PACKERS - SHIPPERS**

Spring 2016

| | |
|---|---|
| INVOICE: | 00019061/ 468 |
| Purchase Order: | |
| Shipped Date: | 06/02/16 |
| Invoice Date: | 06/06/16 |
| Customer Number: | 103970 |
| Truck Number: | C38 86V FL. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days          Product of Florida and USA

| Code | Product Description | | Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 07548 | DIMARE 5X6 & LGR | 25# BOX | 1600 | 5.00 | 8000.00 |
| | Global G.A.P. Certified | | | | |
| | **SUBTOTAL** | | | | **8000.00** |
| | | | | | |
| 07915 | HANDLING/ENVIRONMENTAL FEE | | 1600 | 1.95 | 3120.00 |


I NVC41400003000190610001

**Please pay this amount:    11120.00**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. **Problems must be reported within 24 hours after product has been received or invoice is payable in full.** Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

## DiMARE
GROWERS - PACKERS - SHIPPERS

Spring 2016

| | |
|---|---|
| INVOICE: | 00019283/ 5172 |
| Purchase Order: | |
| Shipped Date: | 06/07/16 |
| Invoice Date: | 06/10/16 |
| Customer Number: | 103970 |
| Truck Number: | 100558A-MS. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN , FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days          Product of Florida and USA

| Code | Product Description | Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|
| 07967 | GRAPE BR SHOEBOX    12/1 PT FL | 720 | 7.95 | 5724.00 |
| | Global G.A.P. Certified | | | |



**Please pay this amount:** 5724.00

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Problems must be reported within 24 hours after product has been received or invoice is payable in full. Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.

  

**DiMARE**
GROWERS - PACKERS - SHIPPERS

Spring 2016

| | |
|---|---|
| INVOICE: | 00019198/ 577 |
| Purchase Order: | |
| Shipped Date: | 06/11/16 |
| Invoice Date: | 06/14/16 |
| Customer Number: | 103970 |
| Truck Number: | TL9767 GA. |

ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297

**Ship To:** ATLANTA TOMATO, LLC
BLDG-C UNIT 5-8
16 FOREST PARKWAY
FOREST PARK, GA 30297
404-361-2224

**Remit To:** DIMARE RUSKIN, INC.
P.O. BOX 967
RUSKIN, FL 33575-0967
Phone: 813-645-3241
Fax: 813-645-4846

**Terms:** Net 10 Days       Product of Florida and USA

| Code | Product Description | Shipped | | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 07548 | DIMARE 5X6 & LGR | 25# BOX | 1600 | 10.00 | 16000.00 |
| | Global G.A.P. Certified | | | | |
| | **SUBTOTAL** | | | | **16000.00** |
| 07915 | HANDLING/ENVIRONMENTAL FEE | | 1600 | 1.95 | 3120.00 |


INVC4140000300019198 0001

**Please pay this amount:   19120.00**

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY EXCEPT FOR MOLDY STEM AND ABNORMAL DISCOLORATION. GOODS SOLD F.O.B.A. BASIS LOADING STATION ARE SHIPPED AT BUYERS RISK. SHIPPING POINT Ruskin, FL. CUSTOMER AGREES TO NOT MISUSE DIMARE'S GGN.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. **Problems must be reported within 24 hours after product has been received or invoice is payable in full.** Interest at 1.5% monthly added to unpaid balance. Interest and attorney fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction under PACA Trust. An NSF fee of $28 will be charged to a customer's account for any returned checks.