**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TOMMIE PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NUMBER |
| v. | ) | |
| | ) | _____ |
| MELIDA RAMIREZ and | ) | |
| NATIONAL COIN & BULLION | ) | |
| RESERVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## EXHIBIT C



# NATIONWIDE COIN & BULLION RESERVE

2470 S. Dairy Ashford Suite 282
Houston, TX 77077

# INVOICE

| Date | Invoice # |
|------|-----------|
| 11/25/2014 | NCBR-121282 |

Phone # 877-817-1220    Fax # 281-531-1380    **PAID 11/25/2014**

www.NationwideCoins.com

**Bill To**

TOMMIE M PUCKETT
2965 PHARR COURT SOUTH NW APT 616
ATLANTA GA 30305

**Ship To**

TOMMIE M PUCKETT
2965 PHARR COURT SOUTH NW APT 616
ATLANTA, GA 30305

| Coin Specialist | Shipped Via |
|-----------------|-------------|
| CPL | FedEx |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1 | 2000-10-0002 | 2000-$10 U.S. COMMEMORATIVE BIMETALLIC COIN-LIBRARY OF CONGRESS-PROOF 69 | 3,995.00 | 3,995.00 |
| 2 | XXXX-01-0001 | $1 SILVER AMERICAN EAGLE-BULLION-ANY DATE | 0.00 | 0.00 |

Thank you for your business.
Any questions regarding this transaction please contact
customer service toll free at (855) 679-5657.

**Total**

$3,995.00

*Best of the Best in Precious Metals*