IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TOMMIE PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NUMBER |
| v. | ) | _____ |
| | ) | |
| MELIDA RAMIREZ and | ) | |
| NATIONAL COIN & BULLION | ) | |
| RESERVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBIT E**

| | NATIONWIDE COIN & BULLION RESERVE | | INVOICE | |
|---|---|---|---|---|
| | 2470 S. Dairy Ashford Suite 282 | | | |
| | Houston, TX 77077 | | | |

Phone # 877-817-1220   Fax # 281-531-1380


PAID 09/22/2015

| Date | Invoice # |
|---|---|
| 9/22/2015 | NCBR-128496 |

www.NationwideCoins.com

| Bill To | Ship To |
|---|---|
| TOMMIE M PUCKETT<br>2965 PHARR COURT SOUTH NW APT 616<br>ATLANTA GA 30305 | TOMMIE M PUCKETT<br>C/O MARK PUCKETT<br>2965 PHARR COURT SOUTH NW APT 616<br>ATLANTA, GA 30305 |

| Coin Specialist | Shipped Via |
|---|---|
| DK | FedEx |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | 2015-100-001 | 2015-$100 HIGH RELIEF GOLD AMERICAN LIBERTY LIMITED EDITION COIN-MS 70-FIRST STRIKE (W-MINT) | 7,995.00 | 15,990.00 |

Thank you for your business.
Any questions regarding this transaction please contact customer service toll free at (855) 679-5657.

**Total** $15,990.00

*Best of the Best in Precious Metals*