**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TOMMIE PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NUMBER |
| v. | ) | _____ |
| | ) | |
| MELIDA RAMIREZ and | ) | |
| NATIONAL COIN & BULLION | ) | |
| RESERVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBIT F**



**NATIONWIDE COIN &
BULLION RESERVE**

2470 S. Dairy Ashford Suite 282
Houston, TX 77077

Phone # 877-817-1220    Fax # 281-531-1380

# INVOICE

| Date | Invoice # |
|---|---|
| 10/16/2015 | NCBR-129624 |

www.NationwideCoins.com

PAID 10/16/2015

| Bill To | Ship To |
|---|---|
| TOMMIE M PUCKETT<br>2965 PHARR COURT SOUTH NW APT 616<br>ATLANTA GA 30305 | TOMMIE M PUCKETT<br>2965 PHARR COURT SOUTH NW APT 616<br>ATLANTA, GA 30305 |

| Coin Specialist | Shipped Via |
|---|---|
| TW | FedEx |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 1988-50-0002 | 1988-$50 GOLD AMERICAN EAGLE ROMAN NUMERAL PROOF 70 | 5,500.00 | 5,500.00 |

**Thank you for your business.**
Any questions regarding this transaction please contact customer service toll free at (855) 679-5657.

**Total** $5,500.00

*Best of the Best in Precious Metals*