**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TOMMIE PUCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER |
| v. ) | _____ |
| ) | |
| MELIDA RAMIREZ and ) | |
| NATIONAL COIN & BULLION ) | |
| RESERVE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**EXHIBIT G**



**NATIONWIDE COIN & BULLION RESERVE**

2470 S. Dairy Ashford Suite 282
Houston, TX 77077

Phone # 877-817-1220    Fax # 281-531-1380

# INVOICE

| Date | Invoice # |
|---|---|
| 10/16/2015 | NCBR-129628 |

www.NationwideCoins.com

**PAID 10/16/2015**

| Bill To | Ship To |
|---|---|
| TOMMIE M PUCKETT<br>2965 PHARR COURT SOUTH NW APT 616<br>ATLANTA GA 30305 | TOMMIE M PUCKETT<br>2965 PHARR COURT SOUTH NW APT 616<br>ATLANTA, GA 30305 |

| Coin Specialist | Shipped Via |
|---|---|
| TW | FedEx |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 1987-25-0008 | 1987-$25 GOLD AMERICAN EAGLE ROMAN NUMERAL- ASG- PROOF 69 | 3,995.00 | 3,995.00 |

Thank you for your business.
Any questions regarding this transaction please contact customer service toll free at (855) 679-5657.

**Total** $3,995.00

*Best of the Best in Precious Metals*